B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**WESTERN DISTRICT OF TEXAS**<br>**SAN ANTONIO DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Primera Energy, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **20-2950313** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**21022 Gathering Oak #2101**<br>**San Antonio, TX**<br>ZIP CODE **78260** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**21022 Gathering Oak #2101**<br>**San Antonio, TX**<br>ZIP CODE **78260** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Check one box: Chapter 11 Debtors

- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 3547276136)*

**B1 (Official Form 1) (04/13)**                                                                                   **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Primera Energy, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**_____<br>Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 3547276136)*

**B1 (Official Form 1) (04/13)**                                                                                      **Page 3**

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **Primera Energy, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

**X**_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X**  **/s/ Dean W. Greer**
_____
**Dean W. Greer**               Bar No. **08414100**

**Dean W. Greer**
**2929 Mossrock, Suite 117**
**San Antonio, TX 78230**

Phone No.**(210) 342-7100**_____ Fax No.**(210) 342-3633**_____

6/3/2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Primera Energy, LLC**

**X**  **/s/ Brian K. Alfaro**
_____
Signature of Authorized Individual

**Brian K. Alfaro**
_____
Printed Name of Authorized Individual

**Owner**
_____
Title of Authorized Individual

**6/3/2015**
_____
Date

_____
Address

**X**_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re   **Primera Energy, LLC**                          Case No.

                                                      Chapter   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total Assets                                   _____

   b. Total debts (including debts listed in 2.c., below)      _____

   c. Debt securities held by more than 500 holders:

                                                                          Approximate number of holders:

   secured ☐      unsecured ☐      subordinated ☐    _____    _____

   secured ☐      unsecured ☐      subordinated ☐    _____    _____

   secured ☐      unsecured ☐      subordinated ☐    _____    _____

   secured ☐      unsecured ☐      subordinated ☐    _____    _____

   secured ☐      unsecured ☐      subordinated ☐    _____    _____

   d. Number of shares of preferred stock         _____    _____

   e. Number of shares of common stock        _____    _____

     Comments, if any:

3. Brief description of debtor's business:

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Primera Energy, LLC**                                        CASE NO

                                                                         CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/3/2015 _____                Signature  _/s/ Brian K. Alfaro_____
                                                              *Brian K. Alfaro*
                                                              *Owner*

Date  _____                 Signature  _____

Allied Oil & Gas
P. O. Box 93999
Southlake, TX 76092


Andrews Pump & Supply
P. O. Box 1378
Andrews, TX 79714


ARK-LA-TEX Wireline Services
P. O. Box 677231
1200 East Campbell #108
Richardson, TX 75081-9574


Attorney General of the U.S.
10th & Const. Ave. N.W.#5111
Washington, D.C. 20530


BBVA Compass
18503 Blanco Road
San Antonio, TX 78258


Beck Bros, Inc.
P. O. Box 712
Beeville, TX 78104-0712


Beta International, Inc.
P. O. Box 4436 msc 700
Houston, TX 77210


Black Gold Rental Tools
P. O. Box 9531
Corpus Christi, TX 78469


Brandon Barchus
Faulk Barchus
800 Bering Drive #400
Houston, Texas 77057


CC American Oilfield LLC
P. O. Box 260012
Corpus Christi, TX 78426-0012

CC Forbes LLC
P. O. Box 250
Alice, TX 78333


Certified Oil Field Rentals, I
P. O. Box 967
Cuero, TX 77954


Champions Contracting, LLC
20600 H and R Road
Houston, TX 77073


Chem Rock Technologies
P. O. Box 81277
Lafayette, LA 70598


Crest Pumping Technologies
6500 West Freeway #601
Fort Worth, TX 76116


CWFord Rentals
P. O. Box 3156
Kilgore, TX 75663


Dean W. Greer, Attorney
2929 Mossrock, Suite 117
San Antonio, TX 78230


Diamond Energy Services
406 S. Boulder Ave #708
Tulsa, OK 74103


Diversified Well Logging, LLC
711 West 10th Street
Reserve, LA 70084


Dynasty Enterprises, Inc.
P. O. Box 128
Kenedy, TX 78119

Eagle Oilfield Inspection Serv
P. O. Box 895
Broussard, LA 70518


Elite Toilet Rentals
P. O. Box 3772
Victoria, TX 77903


EVO Inc.
15720 Park Row #500
Houston, TX 78260


Excalibur Rentals
P. O. Box 203047
Houston, TX 77216-3047


Express Energy Services
P. O. Box 843971
Dallas, TX 75284


Gray Sales, Inc.
P. O. Box 188
Hebbronville, TX 78361


Guadalupe Valley Electric Coop
13849 US Hwy 87W
LaVernia, TX 78121


Hanz Hydraulics, Inc.
6204 Fenske Lane
Needville, TX 78162


Inland Environmental & Remedia
P. O. Box 1090
Columbus, TX 78934


Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

K-3 Services
P. O. Box 2236
Alvin, TX 77512


Karnes County National Bank
P. O. Box 98
Karnes City, TX 78118


KDR Supply, Inc.
P. O. Box 10130
Liberty, TX 77575-7630


Key Energy Services
P. O. Box 4649
Houston, TX 77210-4649


Lone Star Industries
P. O. Box 188
Hebbronville, TX 78361


Maverick Field Services
P. O. ox 262
La Grange, TX 78945


McGuire Industries
2416 W. 42nd Street
Odessa, TX 79764-6309


Midstar Energy LP
1840 Snake River Road #E
Katy, TX 77449


MMZ Consulting
9207 Limestone Pass
Boerne, TX 78006


MW Rentals & Service
4002 U.S. Hwy 59 North
Victoria, TX 77905

National Oilwell Varco LP
P. O. Box 203793
Dallas, TX 75320-3793


Nationwide Capital Funding
P. O. Box 260775
Corpus Christi, TX 78426


Newpark Drilling Tools
21920 Merchant's Way
Katy, TX 77449-3015


Oil Patch Rental Services
P. O. Box 204667
Dallas, TX 75320-4667


P & A Supply
P. O. Box 4814
Victoria, TX 77903


Platinum Pressure Pumping
2100 W. Loop S #1400
Houston, TX 77027


Primera Energy, LLC
21022 Gathering Oak #2101
San Antonio, TX 78260


Production Equipment Company
P. O. Box 2621
Corpus Christi, Texas 78403


Quick Pipe
1825 Upland Drive
Houston, TX 777043


Rathole Drilling, Inc.
P. O. Box 389
Alice, TX 78333-0389

Refinery Specialties
P. O. Box 577
Hempstead, TX 77445


Steve Kent Trucking
P. O. Box 148
Lottie, LA 70756


Trican Well Services
P. O. Box 677418
Dallas, TX 75267


U. S. Attorney/IRS
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78295-1539


U. S. Trustee
615 E. Houston St. Room 533
San Antonio, Texas 78205


Unit Texas Drilling, LLC
7130 South Lewis #1000
Tulsa, OK 74136