IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 CASE |
| PRIMERA ENERGY, LLC, | § § | |
| DEBTOR | § § | CASE NO. 15-51396-cag |
| | § | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **Langley & Banack, Incorporated** has been retained as counsel for Frederick Patek, Geraldine Patek, Jim Gregory, Cal Curtner, Lisa Simpson, Jasper Campise, Karen Smith, William Crawford, Mike Covington, Marc Keese, Mike Mcpherson, Ed Mcpherson, Wesley Crow, Dieter Jansen, Quackenbush Petroleum, James Reiley, Betty Reiley, Rick Reiley, Greg Shilts, Jana Shilts, Vincent J. Gillette, Marjorie A. Gillette, Thomas J. Gillette, Edward A. Gillette, Sharon Walls And Buddy Walls and On Behalf of All Other Similarly Situated Investors Of Defendants' "Screaming Eagle", "Montague Legacy" And "Buda Well" Investments (collectively referred to as "**Investors**") creditors and parties in interest, in the above-referenced proceeding and that, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices given or required to be served in this case be given to and served upon the following:

DAVID S. GRAGG
NATALIE F. WILSON
LANGLEY & BANACK INCORPORATED
Trinity Plaza II, Ninth Floor
745 East Mulberry
San Antonio, Texas 78212-3166
(210) 736-6600 Telephone
(210) 735-6889 Telecopier
dgragg@langleybanack.com
nwilson@langleybanack.com

-and-

BRANDON M. BARCHUS
FAULK BARCHUS LLC
800 Bering Drive #400
Houston, Texas 77057
(713) 239-4000 Telephone
bbarchus@faulkbarchus.com

-and-

LAWRENCE MORALES II
THE MORALES FIRM, P.C.
115 E. Travis St., Suite 1530
San Antonio, Texas 78205
(210) 225-0811 Telephone
Lawrence@themoralesfirm.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes all notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, disclosure statements, answers, responses, memoranda or briefs in support of the foregoing and any other documents brought before the Court with respect to these proceedings, including but not limited to contested and non-contested matters, and adversary proceedings, whether or not Applicant is named as a party defendant in those particular matters or proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed personally or by mail, delivery, telephone, e-mail, telegraph, telex or otherwise.

RESPECTFULLY SUBMITTED,

LANGLEY & BANACK, INCORPORATED
Suite 900, Trinity Plaza II
745 East Mulberry
San Antonio, TX 78212-3166
Telephone: (210)-736-6600
Fax: (210) 735-6889

By: */s/ David S. Gragg*
DAVID S. GRAGG
Texas State Bar No. 08253300
NATALIE F. WILSON
Texas State Bar No. 24076779

ATTORNEYS FOR INVESTORS: Frederick Patek, Geraldine Patek, Jim Gregory, Cal Curtner, Lisa Simpson, Jasper Campise, Karen Smith, William Crawford, Mike Covington, Marc Keese, Mike Mcpherson, Ed Mcpherson, Wesley Crow, Dieter Jansen, Quackenbush Petroleum, James Reiley, Betty Reiley, Rick Reiley, Greg Shilts, Jana Shilts, Vincent J. Gillette, Marjorie A. Gillette, Thomas J. Gillette, Edward A. Gillette, Sharon Walls And Buddy Walls and On Behalf Of All Other Similarly Situated Investors Of Defendants' "Screaming Eagle", "Montague Legacy" And "Buda Well" Investments

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmitted electronically to all ECF participants registered to receive electronic notice in the bankruptcy proceeding and on the parties below and on the attached service list via U.S. regular mail, postage prepaid on this 4th day of June, 2015.

Debtor
Primera Energy, LLC
21022 Gathering Oak #2101
San Antonio, TX 78260

Debtor's Attorney
Dean W. Greer
2929 Mossrock, Suite 117
San Antonio, TX 78230

United States Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

*/s/ David S. Gragg*
David S. Gragg