B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE: Primera Energy, LLC

Case No. **15-51396**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Trican Well Services<br>P. O. Box 677418<br>Dallas, TX 75267 | | Services and Supplies | | $1,087,481.21 |
| Platinum Pressure Pumping<br>2100 W. Loop S #1400<br>Houston, TX 77027 | | Services and Supplies | | $1,048,712.15 |
| Oil Patch Rental Services<br>P. O. Box 204667<br>Dallas, TX 75320-4667 | | Services and Supplies | | $796,210.65 |
| Unit Texas Drilling, LLC<br>7130 South Lewis #1000<br>Tulsa, OK 74136 | | Services and Supplies | | $559,384.95 |
| Key Energy Services<br>P. O. Box 4649<br>Houston, TX 77210-4649 | | Services and Supplies | | $242,632.46 |
| Midstar Energy LP<br>1840 Snake River Road #E<br>Katy, TX 77449 | | Services and Supplies | | $230,000.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE: Primera Energy, LLC

Case No. 15-51396

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ARK-LA-TEX Wireline Services<br>P. O. Box 677231<br>1200 East Campbell #108<br>Richardson, TX 75081-9574 | | Credit | | $162,139.80 |
| Dynasty Enterprises, Inc.<br>P. O. Box 128<br>Kenedy, TX 78119 | | Services and Supplies | | $149,399.60 |
| Beck Bros, Inc.<br>P. O. Box 712<br>Beeville, TX 78104-0712 | | Credit | | $120,320.84 |
| Certified Oil Field Rentals, I<br>P. O. Box 967<br>Cuero, TX 77954 | | Services and Supplies | | $113,007.82 |
| BBVA Compass<br>18503 Blanco Road<br>San Antonio, TX 78258 | | Services and Supplies | | $109,769.64 |
| P & A Supply<br>P. O. Box 4814<br>Victoria, TX 77903 | | Services and Supplies | | $109,512.54 |
| Excalibur Rentals<br>P. O. Box 203047<br>Houston, TX 77216-3047 | | Services and Supplies | | $104,375.65 |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: Primera Energy, LLC

Case No. 15-51396

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Steve Kent Trucking<br>P. O. Box 148<br>Lottie, LA 70756 | | Services and Supplies | | $97,974.60 |
| CC Forbes LLC<br>P. O. Box 250<br>Alice, TX 78333 | | Services and Supplies | | $95,453.15 |
| Refinery Specialties<br>P. O. Box 577<br>Hempstead, TX 77445 | | Services and Supplies | | $89,578.77 |
| Crest Pumping Technologies<br>6500 West Freeway #601<br>Fort Worth, TX 76116 | | Services and Supplies | | $85,503.01 |
| Andrews Pump & Supply<br>P. O. Box 1378<br>Andrews, TX 79714 | | Credit | | $74,192.38 |
| Guadalupe Valley Electric Coop<br>13849 US Hwy 87W<br>LaVernia, TX 78121 | | Services and Supplies | | $64,148.93 |
| CWFord Rentals<br>P. O. Box 3156<br>Kilgore, TX 75663 | | Services and Supplies | | $63,506.47 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Primera Energy, LLC**

Case No. **15-51396**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Owner** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 6-8-15

Signature: /s/
**Brian K. Alfaro**
**Owner**