IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY NO. 15-51396-cag |
| | § | |
| PRIMERA ENERGY, LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 PROCEEDING |

**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF DEAN W. GREER
AS LEGAL COUNSEL FOR THE DEBTOR IN POSSESSION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Primera Energy, LLC (hereafter referred to as "Debtor"), Debtor herein, file this application for an order authorizing the employment of Dean W. Greer, as Counsel for Debtor in Possession. In support thereof, Debtor state as follows:

**Jurisdiction and Venue**

1    This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §§ 157 and 1334, the Standing Order of Reference of the United States District Court for the Western District of Texas, and 11 U.S.C.§§ 327(a) and 328(a). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue of the chapter 11 case and this Motion is proper pursuant to 28 U.S.C. § 1408.

**Factual and Procedural Background**

2    On June 3, 2015, the Debtor filed with this Court a voluntary petition under chapter 11 of title 11, United States Code (the **"Code"**).

3    Since the bankruptcy filing, the Debtor has continued to maintain possession of its property and operate its business as debtor in possession pursuant to sections 1107 and 1108 of the Code. No request has been made for the appointment of a trustee or examiner and no official committee has yet been established in this case.

**Relief Requested**

4    Debtor wishes to employ the law firm of Dean W. Greer, 2929 Mossrock, Suite 117, San Antonio, Texas 78230, (210) 342-7100, as attorney for the Debtor in Possession. Dean W. Greer is duly admitted to practice in this Court.

5   Debtor has selected Dean W. Greer because the Debtor-in-Possession believes that each are well qualified to represent the Debtor-in-Possession in these proceedings.

### Duties to be Performed by Counsel

6.  The professional services which they are to render are the following:

(a) advising and consulting with Debtor as to its powers and duties in the continued operation of its business and management of its properties during bankruptcy;

(b) taking actions as may be necessary to preserve and protect the Debtor's assets, including, if required by the facts and circumstances, the prosecution of adversary proceedings and other actions on Debtor's behalf, the defense of actions commenced against Debtor, negotiations concerning litigation in which Debtor is involved, objection to the allowance of any objectionable claims filed against Debtor's estate and estimation of claims against the estates where appropriate;

(c) preparing, on behalf of the Debtor, necessary applications, motions, complaints, adversary proceedings, answers, orders, reports, and other pleadings and legal documents, in connection with matters affecting the Debtor and its estate;

(d) assisting Debtor in the development, negotiation and confirmation of a plan of reorganization and the preparation of a disclosure statement or statements in respect thereof; and

(e) performing other legal services that the Debtor may request in connection with this chapter 11 case and pursuant to the Bankruptcy Code.

7.  To the best of the Debtor-in-Possessions' knowledge, the said DEAN W. GREER, has no connection with the Debtor, its creditors, any party in interest, its respective attorneys and accountants, the Untied States Trustee, or any person employed in the Office of the United States Trustee.

8.  The Debtor-in-Possession desire to employ the said DEAN W. GREER, and its members, because of the extensive legal services required.

9.  The Debtor propose to employ DEAN W. GREER, and its members, at the following hourly rates:

Dean W. Greer      $325.00

Legal Assistant    $ 75.00

Debtor understands the hourly rates and that Dean W. Greer customarily request reimbursement for all expenses actually incurred by it in connection with representation of a client in a given matter,

and will so charge in this case, subject to Court approval, including all long-distance telephone charge, mail and express mail charges, facsimile charges, delivery charges, travel expenses, computerized legal research, transcription costs, document processing, photocoping and printing charges and any extraordinary personnel expenses such as required secretarial overtime.

10 To the best of Debtor's knowledge, and except as disclosed herein and in the attached affidavit of, Dean W. Greer has not represented the creditors, equity security holders or other parties-in-interest, or their respective attorneys, in any matter relating to the Debtor or its estate. To the best of Debtor's knowledge, Dean W. Greer does not hold or represent a materially adverse interest in the Debtor's estate and is "disinterested" in Debtor as that word is defined in Section 101(14) of the Bankruptcy Code. No previous application for the relief sought herein has been made. Notice of this Application is being given to the United States Trustee.

11. The said DEAN W. GREER, represent no interest adverse to the Debtor-in-Possession or to the estate in matters upon which they are to be engaged for the Debtor-in-Possession, and their employment would be to the best interest of the estate.

**Wherefore,** Debtor respectfully request that the Court enter an order authorizing and approving the Debtor's application of the Law Office of Dean W. Greer to represent the Debtor in its Chapter 11 bankruptcy case, effective as of the Petition Date, and for such other and further relief as is just.

Respectfully submitted,

Primera Energy, Inc.

By: _____
Brian K. Alfaro, Owner

Respectfully submitted,

_____
Dean W. Greer
Law Offices of Dean W. Greer
2929 Mossrock, Suite 117
San Antonio, Texas 78230
Telephone (210) 342-7100
Telecopier (210) 342-3633
State Bar No. 08414100

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Application for Order Authorizing the Employment of Counsel and Order, will be forwarded by First Class Mail, Postage Prepaid to each person listed below and those listed on the attached Exhibit A, when the Court approves the employment of said attorney.

PRIMERA ENERGY, LLC
21022 GATHERING OAK #2101
SAN ANTONIO, TEXAS 78260
**DEBTOR**

U.S. TRUSTEE
P. O. BOX 1539
SAN ANTONIO, TEXAS 78295-1539
**U.S. TRUSTEE**

_____
DEAN W. GREER

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY NO. 15-51396-cag |
| | § | |
| PRIMERA ENERGY, LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 PROCEEDING |

### DECLARATION OF PROPOSED COUNSEL FOR THE DEBTOR WITH RESPECT TO DISINTERESTEDNESS AND DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. §329 AND BANKRUPTCY RULE 2016(B)

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF BEXAR** | § |

I, DEAN W. GREER, am authorized to execute this Affidavit and as Affiant, hereby make solemn oath:

That I am an attorney at law, duly admitted to practice in the State of Texas and before the federal courts of this district and the Fifth Circuit Court of Appeals. Pursuant to §327(a) of the Bankruptcy Code, and Bankruptcy Rule 2014(a), I make this statement and affidavit in connection with Debtor's Motion to Employ Dean W. Greer as bankruptcy counsel. The statements contained herein are within my personal knowledge unless otherwise stated.

1 **General Statement.** Insofar as I have been able to ascertain after due diligence, the Law Offices of Dean W. Greer;

 i neither holds or represents any interest adverse to this estate or fails to be a disinterested person so as to render these offices ineligible to serve as counsel for Debtor under Section 327(a) of the Code;

 ii is not a creditor, equity security holder or insider of the Debtor and does not represent any entity (or its accountants or attorneys) other than the Debtor in connection with the Chapter 11 case;

 iii is not, and has never been, an investment banker for any outstanding security of the Debtor, nor has it been an attorney for any such institution in connection with the offer, sale or issuance of any security of the Debtor;

    iv    is not, and was not within the past two years, a director, officer or employer of the Debtor or of any investment banker as described above;

    v    has no material interest adverse to the interest of the estate of the Debtor or of any class of creditors or equity holders of the Debtor, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or any investment banker for the Debtor.

    vi    has no connection with the Debtor, its creditors, any party in interest, its respective attorneys and accountants, the Untied States Trustee, or any person employed in the Office of the United States Trustee.

    **2**    **Monies paid to Attorneys**  Since Applicant was retained, the sum of $4,000.00 was paid by the Brian K. Alfaro, individually on behalf of the Debtor. In addition, Debtor promised to pay an additional $12,000.00 for a total retainer of $16,000.00. Of this amount, the sum of **$2,717,00 was used to pay for the Chapter 11 Bankruptcy filing fee and for initial work performed pre-petition and the balance has been retained in the Applicant's Trust Account.**

    **3**    **Conclusion.**  In view of the foregoing, I believe that (i) I do not hold or represent an interest adverse to the estate and (ii) am a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code as modified by Section 1107(b), and am thus fully qualified to represent the Debtor under §327 of the Bankruptcy Code. The foregoing constitutes the statement of Dean W. Greer pursuant to §327 of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

    FURTHER, Deponent sayeth not.

_____
DEAN W. GREER

SUBSCRIBED and SWORN to before me on this the 10th day of June, 2015.

_____
NOTARY PUBLIC, STATE OF TEXAS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 15-51396-cag<br>Western District of Texas<br>San Antonio<br>Fri Jun 5 09:03:45 CDT 2015 | Primera Energy, LLC<br>21022 Gathering Oak #2101<br>San Antonio, TX 78260-3109 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| ARK-LA-TEX Wireline Services<br>P. O. Box 677231<br>1200 East Campbell #108<br>Richardson, TX 75081-1963 | Allied Oil & Gas<br>P. O. Box 93999<br>Southlake, TX 76092-0119 | Andrews Pump & Supply<br>P. O. Box 1378<br>Andrews, TX 79714-1378 |
| ArkLaTex Wireline Services, LLC<br>c/o William R. Sudela<br>Crady, Jewett & McCulley, LLP<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019-2125 | Attorney General of the U.S.<br>10th & Const. Ave. N.W.#5111<br>Washington, D.C 20530-0001 | BBVA Compass<br>18503 Blanco Road<br>San Antonio, TX 78258-4044 |
| Beck Bros, Inc.<br>P. O. Box 712<br>Beeville, TX 78104-0712 | Beta International, Inc.<br>P. O. Box 4436 msc 700<br>Houston, TX 77210-4436 | Black Gold Rental Tools<br>P. O. Box 9531<br>Corpus Christi, TX 78469-9531 |
| Brandon Barchus<br>Faulk Barchus<br>800 Bering Drive #400<br>Houston, Texas 77057-2131 | CC American Oilfield LLC<br>P. O. Box 260012<br>Corpus Christi, TX 78426-0012 | CC Forbes LLC<br>P. O. Box 250<br>Alice, TX 78333-0250 |
| CWFord Rentals<br>P. O. Box 3156<br>Kilgore, TX 75663-3156 | Certified Oil Field Rentals, I<br>P. O. Box 967<br>Cuero, TX 77954-0967 | Champions Contracting, LLC<br>20600 H and R Road<br>Houston, TX 77073-3002 |
| Chem Rock Technologies<br>P. O. Box 81277<br>Lafayette, LA 70598-1277 | Crest Pumping Technologies<br>6500 West Freeway #601<br>Fort Worth, TX 76116-2181 | Dean W. Greer, Attorney<br>2929 Mossrock, Suite 117<br>San Antonio, TX 78230-5141 |
| Diamond Energy Services<br>406 S. Boulder Ave #708<br>Tulsa, OK 74103-3862 | Diversified Well Logging, LLC<br>711 West 10th Street<br>Reserve, LA 70084-6919 | Dynasty Enterprises, Inc.<br>P. O. Box 128<br>Kenedy, TX 78119-0128 |
| EVO Inc.<br>15720 Park Row #500<br>Houston, TX 77084-4961 | Eagle Oilfield Inspection Serv<br>P. O. Box 895<br>Broussard, LA 70518-0895 | Elite Toilet Rentals<br>P. O. Box 3772<br>Victoria, TX 77903-3772 |
| Excalibur Rentals<br>P. O. Box 203047<br>Houston, TX 77216-3047 | Express Energy Services<br>P. O. Box 843971<br>Dallas, TX 75284-3971 | Gray Sales, Inc.<br>P. O. Box 188<br>Hebbronville, TX 78361-0188 |



| | | |
|---|---|---|
| Guadalupe Valley Electric Coop<br>13849 US Hwy 87W<br>LaVernia, TX 78121-5848 | Hanz Hydraulics, Inc.<br>6204 Fenske Lane<br>Needville, TX 77461-8843 | Inland Environmental & Remedia<br>P. O. Box 1090<br>Columbus, TX 78934-1090 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | K-3 Services<br>P. O. Box 2236<br>Alvin, TX 77512-2236 | KDR Supply, Inc.<br>P. O. Box 10130<br>Liberty, TX 77575-7630 |
| Karnes County National Bank<br>P. O. Box 98<br>Karnes City, TX 78118-0098 | Key Energy Services<br>P. O. Box 4649<br>Houston, TX 77210-4649 | Lone Star Industries<br>P. O. Box 188<br>Hebbronville, TX 78361-0188 |
| MMZ Consulting<br>9207 Limestone Pass<br>Boerne, TX 78006-6549 | MW Rentals & Service<br>4002 U.S. Hwy 59 North<br>Victoria, TX 77905-5501 | Maverick Field Services<br>P. O. ox 262<br>La Grange, TX 78945-0262 |
| McGuire Industries<br>2416 W. 42nd Street<br>Odessa, TX 79764-6309 | Midstar Energy LP<br>1840 Snake River Road #E<br>Katy, TX 77449-7755 | National Oilwell Varco LP<br>P. O. Box 203793<br>Dallas, TX 75320-3793 |
| Nationwide Capital Funding<br>P. O. Box 260775<br>Corpus Christi, TX 78426-0775 | Newpark Drilling Tools<br>21920 Merchant's Way<br>Katy, TX 77449-6834 | Oil Patch Rental Services<br>P. O. Box 204667<br>Dallas, TX 75320-4667 |
| P & A Supply<br>P. O. Box 4814<br>Victoria, TX 77903-4814 | Platinum Pressure Pumping<br>2100 W. Loop S #1400<br>Houston, TX 77027-3525 | Production Equipment Company<br>P. O. Box 2621<br>Corpus Christi, Texas 78403-2621 |
| Quick Pipe<br>1825 Upland Drive<br>Houston, TX 77043-3003 | Rathole Drilling, Inc.<br>P. O. Box 389<br>Alice, TX 78333-0389 | Refinery Specialties<br>P. O. Box 577<br>Hempstead, TX 77445-0577 |
| Steve Kent Trucking<br>P. O. Box 148<br>Lottie, LA 70756-0148 | Trican Well Services<br>P. O. Box 677418<br>Dallas, TX 75267-7418 | U. S. Attorney/IRS<br>601 N. W. Loop 410, Suite 600<br>San Antonio, Texas 78216-5512 |
| U. S. Trustee<br>615 E. Houston St. Room 533<br>San Antonio, Texas 78205-2055 | Unit Texas Drilling, LLC<br>7130 South Lewis #1000<br>Tulsa, OK 74136-5465 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 |

c/o David S. Gragg / Natalie F. Wilson
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212-3141

Dean William Greer
2929 Mossrock, Suite 117
San Antonio, TX 78230-5141

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Primera Energy, LLC
21022 Gathering Oak #2101
San Antonio, TX 78260-3109

End of Label Matrix
Mailable recipients    61
Bypassed recipients     1
Total                  62