Matthew T. Taplett
State Bar No. 24028026
Pope, Hardwicke, Christie, Schell,
  Kelly & Ray, L.L.P.
500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No.: (817) 332-3245
Facsimile No.: (817) 877-4781
ATTORNEYS FOR MAVERICK
FIELD SERVICES, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-51396-CAG |
| PRIMERA ENERGY, LLC, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, MAVERICK FIELD SERVICES, LLC, a creditor and party-in-interest herein, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Matthew T. Taplett, Esq.
> Pope, Hardwicke, Christie, Schell, Kelly & Ray, L.L.P.
> 500 West 7th Street, Suite 600
> Fort Worth, Texas 76102

Date: June 11, 2015

Respectfully submitted,

POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & RAY, L.L.P.

By: _____
Matthew T. Taplett
State Bar No. 24028026

500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No. (817) 332-3245
Facsimile No. (817) 877-4781
E-mail: mtaplett@popehardwicke.com

ATTORNEYS FOR MAVERICK FIELD SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2015, a true and correct copy of this document was served electronically via the Court's ECF system, or by U.S. first class mail, postage prepaid, on:

Dean William Greer
2929 Mossrock, Suite 117
San Antonio, TX 78230

Office of the US Trustee
1100 Commerce Street, Rm. 976
Dallas, TX 75242-1496

_____
Matthew T. Taplett

P:\Johnson, Tom\Maverick Field Services\Primera Bankruptcy\Notice of Appearance.docx