# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 15–51396–cag
Chapter No.: 11
Judge: Craig A. Gargotta

IN RE: **Primera Energy, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on    **7/9/15 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL LISA ELIZONDO AT: lisa_elizondo@txwb.uscourts.gov) (Related Document(s): 32 Motion to Convert Case From Chapter 11 to Chapter 7 ( Filing Fee: $ 15.00 ) filed by James W Rose Jr for U.S. Trustee United States Trustee – SA12 (Attachments: # 1 Proposed Order)) Hearing Scheduled For 7/9/2015 at 10:00 AM at SA Courtroom 3 (Elizondo, Lisa)

Dated: 6/16/15

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]