B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **Primera Energy, LLC**

Case No.  **15-51396**

Chapter  **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $2,757,190.00 | | |
| B - Personal Property | Yes | 6 | $11,455,038.93 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $975,082.31 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $6,226,930.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 24 | $14,212,228.93 | $7,202,013.11 | |

B6A (Official Form 6A) (12/07)

In re **Primera Energy, LLC**                          Case No. **15-51396**
                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 21022 Gathering Oak Bldg 2, San Antonio TX 78260 NCB 19216 BLK 11 LOT 17 Building/Land | Fee Simple | | $1,028,190.00 | $975,082.31 |
| McMullen County Property 285 Acre lease in McMullen County (Value is original purchase price) | Fee Simple | | $855,000.00 | $0.00 |
| Gonzalez County Property 380 Acres in Gonzalez County (Value is purchase price) | Fee Simple | | $874,000.00 | $0.00 |
| | | Total: | $2,757,190.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Primera Energy, LLC**                                        Case No.   **15-51396**
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | RBFCU<br>Black Hawk #1 **6073 | $77,577.14 |
| | | RBFCU<br>Primera Operating Account **5160 | $27,688.08 |
| | | RBFCU<br>Primera P/R Account Checking **5834 | $27,759.34 |
| | | RBFCU<br>Revenue Distribution Account **5759 | $306,210.48 |
| | | RBFCU<br>SE #6H **5656 | $1.05 |
| | | RBFCU<br>Primera SE #3H **5357 | $272.00 |
| | | Primera SE #4H **5469 | $10,029.65 |
| | | RBFCU - Savings Account **5142 | $1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | CPS Energy Utility deposit | $1,480.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Primera Energy, LLC**

Case No.  **15-51396**
       (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Primera Montague Legacy 2H 2.05 out of 10 units $16,800.00 The Primera Screaming Eagle 2H 7.845 out of 100 units $168,000.00 The Primera Screaming Eagle 3H 9315 out of 100 units $378,000.00 | | $623,700.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Primera Energy, LLC**                                          Case No.   **15-51396**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | The Primera Screaming Eagle 4H 1.898 out of 100 units $46,200.00 Brushy Creek V Joint Venture Working Interest $6,300.00 Brushy Creek IV Prospect Joint Venture Working Interest $4,200.00 Brushy Creek VI JV Working Interest  $4,200.00 | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Black Hawk #1 Investor #1  65,150.88 Investor #2162,877.20 Investor #3  35,339.92 Investor #4  46,491.23 Investor #5  17,669.96 Investor #6  15,143.96 Investor #7  32,575.44 Investor #8  32,575.44 Investor #9  16,287.72 Investor #10  17,669.96 Investor #11  71,491.23 Investor #12   8,143.86 Investor #13477,912.30 Investor #14   8,143.96 Walls, Sharon  70,680.23 Investor #16 32,575.44 | | $1,110,728.73 |
| | | Screaming Eagle 6H Investor #1   9,757.00 Investor #2   5,196.50 Investor #3   9,022.25 Investor #4  26,044.50 Investor #5146,800.00 | | $310,662.25 |

B6B (Official Form 6B) (12/07) — Cont.

In re  **Primera Energy, LLC**                          Case No.  **15-51396**

                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Investor #6          11,666.00<br>Investor #7   9,196.50<br>Investor #8  10,757.00<br>Investor #9  19,953.50<br>Investor #10  43,028.00<br>Investor #11  19,241.00 | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Primera Energy, LLC**                                    Case No.  **15-51396**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Not provided per regulation | | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Please See Attached | | $38,340.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | 49.62 Limits in Screaming Eagle #6H @ $108,964.00 per unit | | $5,406,793.68 |
| | | 10.00 Units in Screaming Eagle #6H @ $108,694.00 retained by Debtor which could be sold | | $1,089,640.00 |
| | | 18.12 Units in Buda Blackhawk #1 @$96,491.00 per unit | | $1,748,416.92 |
| | | 7 Units in Buda Blackhawk @ $96491.00 per unit retained by Debtor which could be sold | | $675,738.61 |

Primera Energy- Furniture, Fixture and Equipment List

| Office | Item | Cost per Item | | Note |
|---|---|---|---|---|
| Geologist Office | Desk | $ | 200.00 | |
| | Computer | $ | 400.00 | |
| | Filing Cabinet | $ | 100.00 | |
| | Chair | $ | 50.00 | |
| | Black Filing Cabinet | $ | 20.00 | |
| | Shelf | $ | 30.00 | |
| Accounting Asst Office | Desk | $ | 200.00 | |
| | Computer X2 | $ | 400.00 | |
| | Filing Cabinet | $ | 100.00 | |
| | Chair | $ | 50.00 | |
| | Chair | $ | 100.00 | |
| | Wood Cabinet | $ | 30.00 | |
| | Paper Shredder | $ | 20.00 | |
| | Printer | $ | 50.00 | |
| | Floor Lamp | $ | 30.00 | |
| Corporate CPA Office | Desk | $ | 200.00 | |
| | Computer X 2 | $ | 400.00 | |
| | Filing Cabinet X 2 | $ | 100.00 | |
| | Printer | $ | 50.00 | |
| | Chair | $ | 100.00 | |
| | Bookshelf | $ | 60.00 | |
| | Paper Shredder | $ | 20.00 | |
| Reception Area | Desk | $ | 500.00 | |
| | Chair | $ | 50.00 | |
| | Credenza | $ | 75.00 | |
| | Computer | $ | 400.00 | |
| | Couch | $ | 300.00 | |
| | Floor Lamp | $ | 30.00 | |
| Executive Asst Office | Desk | $ | 200.00 | |
| | Credenza | $ | 75.00 | |
| | File Cabinet | $ | 100.00 | |
| | Chair X 3 | $ | 150.00 | |
| | Computer X 4 | $ | 1,200.00 | |
| | Printer X 3 | $ | 300.00 | |
| Postage Room | Chair X 8 | $ | 400.00 | |
| | Bookshelf | $ | 60.00 | |
| | Wire Rack | $ | 20.00 | |

|  | Small Table | $ | 10.00 |
|---|---|---|---|
| Work Room | Xerox Printer | $ | 6,000.00 |
|  | Table | $ | 200.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Filing Cabinets X 5 | $ | 500.00 |
|  | Plastic table | $ | 20.00 |
|  | Paper Shredder | $ | 20.00 |
|  | Fax Machine | $ | 100.00 |
|  | Hole Punch/Spiral Machine | $ | 1,000.00 |
| Corporate Attorney Office | Desk | $ | 200.00 |
|  | Computer | $ | 400.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Couch | $ | 300.00 |
|  | Television | $ | 400.00 |
|  | Filing Cabinet | $ | 100.00 |
|  | Credenza | $ | 100.00 |
|  | Microwave | $ | 20.00 |
|  | Refrigerator | $ | 100.00 |
| Kitchen | Table and chairs | $ | 800.00 |
|  | Refrigerator | $ | 1,000.00 |
|  | Credenza | $ | 40.00 |
|  | Coffee Maker | $ | 300.00 |
|  | Microwave | $ | 30.00 |
| Conference Room | Table | $ | 3,000.00 |
|  | 10 Chairs | $ | 1,000.00 |
|  | Credenza | $ | 150.00 |
|  | DVD Player | $ | 40.00 |
|  | Television | $ | 400.00 |
| Office 1 | Computer | $ | 400.00 |
|  | Desk | $ | 200.00 |
|  | Chair X 3 | $ | 150.00 |
| Reception Area | Desk | $ | 1,000.00 |
|  | Computer | $ | 400.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Table X3 | $ | 300.00 |
|  | Lamp X 2 | $ | 100.00 |
|  | Printer | $ | 50.00 |
|  | Credenza | $ | 200.00 |
|  | Filing Cabinet | $ | 100.00 |
|  | Couch | $ | 500.00 |

|  | Paper Shredder | $ | 30.00 |
|---|---|---|---|
| Office 2 | Desk | $ | 200.00 |
|  | Credenza X 2 | $ | 200.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Television | $ | 400.00 |
|  | File Cabinet | $ | 100.00 |
|  | Chair with Ottoman | $ | 300.00 |
|  | Refrigerator | $ | 100.00 |
| Office 3 | Desk | $ | 200.00 |
|  | Credenza | $ | 100.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Television | $ | 400.00 |
|  | Computer | $ | 400.00 |
|  | Lamp | $ | 30.00 |
|  | Refrigerator | $ | 100.00 |
|  | Bookshelf | $ | 100.00 |
|  | Small Table | $ | 30.00 |
| Office 4 | Chair | $ | 50.00 |
|  | Desk | $ | 200.00 |
|  | Credenza | $ | 100.00 |
|  | Computer | $ | 400.00 |
|  | Computer Chair | $ | 50.00 |
|  | Lamp X 2 | $ | 60.00 |
| Office 5 | Credenza | $ | 100.00 |
|  | Bookshelf | $ | 100.00 |
|  | Desk | $ | 20.00 |
|  | Chair | $ | 50.00 |
|  | Couch | $ | 200.00 |
|  | Lamp X 2 | $ | 60.00 |
|  | Small Table | $ | 30.00 |
| Office 6 | Chair X 2 | $ | 100.00 |
|  | Credenza | $ | 100.00 |
|  | Lamp | $ | 30.00 |
|  | Desk | $ | 200.00 |
|  | Computer | $ | 400.00 |
|  | Small Table | $ | 30.00 |
| Office 7 | Credenza | $ | 100.00 |
|  | Chair X 2 | $ | 100.00 |
|  | Desk | $ | 200.00 |
|  | Computer | $ | 400.00 |

| Office 8 | Chair X 2 | $ | 100.00 |
| | Desk | $ | 200.00 |
| | Credenza | $ | 100.00 |
| | Computer | $ | 400.00 |
| | Lamp | $ | 30.00 |
| | | | |
| BullPen | Credenza X 2 | $ | 200.00 |
| | Lamp X 2 | $ | 60.00 |
| | Television X 4 | $ | 1,600.00 |
| | Computer X 4 | $ | 1,600.00 |
| | Printer | $ | 150.00 |
| | Chair X 8 | $ | 400.00 |
| | Bookshelf | $ | 300.00 |
| | Table | $ | 100.00 |
| | Fireplace Heater | $ | 300.00 |
| | Mirror | $ | 50.00 |
| | Clock | $ | 30.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Primera Energy, LLC**                                    Case No. __15-51396_____
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Claim against Tejas Tubular Products, Inc. for damages from 2 separate occurrences involving failure of a coupling and case pipe manufactured by defendant on Screaming Eagle A #3H | | Unknown |
| | | Claim against Brennan and Short and N Zone for damages incurred in drilling on the Screaming 6H | | Unknown |

_____5_____ continuation sheets attached                    Total >    **$11,455,038.93**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Primera Energy, LLC**　　　　　　　　　　　　　Case No.　**15-51396**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:　　☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)　　　　　　　　　　　　　　　　　　　　　　　$155,675.*

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | | |

| | | | |
|---|---|---|---|
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re **Primera Energy, LLC**

Case No. **15-51396**

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: 6545<br><br>**Karnes County National Bank**<br>**P. O. Box 98**<br>**Karnes City, TX 78118** | | DATE INCURRED<br>NATURE OF LIEN<br>**UCC**<br>COLLATERAL<br>**21022 Gathering Oak**<br>REMARKS<br><br><br>VALUE: **$1,028,190.00** | | | | $975,082.31 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | $975,082.31 | $0.00 |
| | | | | Total (Use only on last page) > | | $975,082.31 | $0.00 |

**No** continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re **Primera Energy, LLC**                                        Case No.    **15-51396**
                                                                                     (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Primera Energy, LLC**

Case No. **15-51396**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Allied Oil & Gas**<br>P. O. Box 93999<br>Southlake, TX 76092 | | DATE INCURRED.<br>CONSIDERATION.<br>**Credit**<br>REMARKS: | | | | $55,231.71 |
| ACCT #:<br>**Andrews Pump & Supply**<br>P. O. Box 1378<br>Andrews, TX 79714 | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS | | | | $74,192.38 |
| ACCT #:<br>**ARK-LA-TEX Wireline Services**<br>P. O. Box 677231<br>1200 East Campbell #108<br>Richardson, TX 75081-9574 | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $162,139.80 |
| ACCT #:<br>**BBVA Compass**<br>18503 Blanco Road<br>San Antonio, TX 78258 | | DATE INCURRED.<br>CONSIDERATION<br>**Services and Supplies**<br>REMARKS: | | | | $109,769.64 |
| ACCT #:<br>**Beck Bros, Inc.**<br>P. O. Box 712<br>Beeville, TX 78104-0712 | | DATE INCURRED.<br>CONSIDERATION.<br>**Credit**<br>REMARKS: | | | | $120,320.84 |
| ACCT #:<br>**Beta International, Inc.**<br>P. O. Box 4436 msc 700<br>Houston, TX 77210 | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS | | | | $19,319.14 |

Subtotal > $540,973.51

Total >

(Use only on last page of the completed Schedule F.)

_____12_____ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Primera Energy, LLC**                                          Case No.   15-51396
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **ACCT #:**<br>**Betty Reiley**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED<br>CONSIDERATION<br>**Investor Claims**<br>REMARKS. | | | X | $0.00 |
| **ACCT #:**<br>**Black Gold Rental Tools**<br>**P. O. Box 9531**<br>**Corpus Christi, TX 78469** | | DATE INCURRED<br>CONSIDERATION.<br>**Credit**<br>REMARKS: | | | | $12,382.80 |
| **ACCT #:**<br>**Brandon Barchus**<br>**Faulk Barchus**<br>**800 Bering Drive #400**<br>**Houston, Texas 77057** | | DATE INCURRED.<br>CONSIDERATION<br>**Counsel for Fred Patek**<br>REMARKS. | | | | **Notice Only** |
| **ACCT #:**<br>**Buddy Walls**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED<br>CONSIDERATION<br>**Investor Claims**<br>REMARKS. | | | X | $0.00 |
| **ACCT #:**<br>**Cal Curtner**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED<br>CONSIDERATION.<br>**Investor Claims**<br>REMARKS | | | X | $0.00 |
| **ACCT #:**<br>**CC American Oilfield LLC**<br>**P. O. Box 260012**<br>**Corpus Christi, TX 78426-0012** | | DATE INCURRED<br>CONSIDERATION.<br>**Credit**<br>REMARKS: | | | | $56,993.63 |

Sheet no. _____1_____ of _____12_____ continuation sheets attached to                              Subtotal >          $69,376.43
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                          (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                     Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Primera Energy, LLC**                                    Case No.   **15-51396**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**CC Forbes LLC**<br>P. O. Box 250<br>Alice, TX 78333 | | DATE INCURRED<br>CONSIDERATION<br>**Services and Supplies**<br>REMARKS: | | | | $95,453.15 |
| ACCT #:<br>**Certified Oil Field Rentals, I**<br>P. O. Box 967<br>Cuero, TX 77954 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $113,007.82 |
| ACCT #:<br>**Champions Contracting, LLC**<br>20600 H and R Road<br>Houston, TX 77073 | | DATE INCURRED<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $55,000.00 |
| ACCT #:<br>**Chem Rock Technologies**<br>P. O. Box 81277<br>Lafayette, LA 70598 | | DATE INCURRED<br>CONSIDERATION.<br>**Services and Supplies**<br>REMARKS: | | | | $10,000.00 |
| ACCT #:<br>**Crest Pumping Technologies**<br>6500 West Freeway #601<br>Fort Worth, TX 76116 | | DATE INCURRED:<br>CONSIDERATION.<br>**Services and Supplies**<br>REMARKS: | | | | $85,503.01 |
| ACCT #:<br>**CWFord Rentals**<br>P. O. Box 3156<br>Kilgore, TX 75663 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $63,506.47 |

Sheet no.   **2**   of   **12**   continuation sheets attached to          Subtotal >       $422,470.45
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                              (Use only on last page of the completed Schedule F.)
                         (Report also on Summary of Schedules and, if applicable, on the
                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Primera Energy, LLC**

Case No. 15-51396
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Diamond Energy Services**<br>**406 S. Boulder Ave #708**<br>**Tulsa, OK 74103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $54,562.50 |
| ACCT #:<br>**Dieter Jansen**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Diversified Well Logging, LLC**<br>**711 West 10th Street**<br>**Reserve, LA 70084** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $27,750.30 |
| ACCT #:<br>**Dynasty Enterprises, Inc.**<br>**P. O. Box 128**<br>**Kenedy, TX 78119** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $149,399.60 |
| ACCT #:<br>**Eagle Oilfield Inspection Serv**<br>**P. O. Box 895**<br>**Broussard, LA 70518** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $22,016.52 |
| ACCT #:<br>**Ed McPherson**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |

Sheet no. ___3___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $253,728.92

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Primera Energy, LLC**                                    Case No.   **15-51396**
                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Edward A. Gillette** <br> **c/o Brandon Barcus** <br> **800 Bering Drive #400** <br> **Houston, TX 77057** | | DATE INCURRED <br> CONSIDERATION: <br> **Investor Claims** <br> REMARKS | | | X | $0.00 |
| ACCT #: <br> **Elite Toilet Rentals** <br> **P. O. Box 3772** <br> **Victoria, TX 77903** | | DATE INCURRED <br> CONSIDERATION <br> **Services and Supplies** <br> REMARKS: | | | | $15,169.19 |
| ACCT #: <br> **EVO Inc.** <br> **15720 Park Row #500** <br> **Houston, TX 78260** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services and Supplies** <br> REMARKS | | | | $15,860.00 |
| ACCT #: <br> **Excalibur Rentals** <br> **P. O. Box 203047** <br> **Houston, TX 77216-3047** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services and Supplies** <br> REMARKS: | | | | $104,375.65 |
| ACCT #: <br> **Express Energy Services** <br> **P. O. Box 843971** <br> **Dallas, TX 75284** | | DATE INCURRED: <br> CONSIDERATION <br> **Services and Supplies** <br> REMARKS. | | | | $41,883.95 |
| ACCT #: <br> **Frederick Patek** <br> **c/o Brandon Barcus** <br> **800 Bering Drive #400** <br> **Houston, TX 77057** | | DATE INCURRED: <br> CONSIDERATION <br> **Investor Claims** <br> REMARKS. | | | X | $0.00 |

Sheet no. ____4____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $177,288.79

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Primera Energy, LLC**          Case No. **15-51396**
                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Geraldine Patek**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED<br>CONSIDERATION<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Gilbert Nieves Saenz**<br>**P. O. Box 923**<br>**Freer, TX 78357-0923** | | DATE INCURRED<br>CONSIDERATION:<br>**Counsel for South Texas Oilfiled Solutions,LLC**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Gray Sales, Inc.**<br>**P. O. Box 188**<br>**Hebbronville, TX 78361** | | DATE INCURRED<br>CONSIDERATION<br>**Services and Supplies**<br>REMARKS: | | | | $21,873.45 |
| ACCT #:<br>**Greg Shilts**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION.<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Guadalupe Valley Electric Coop**<br>**13849 US Hwy 87W**<br>**LaVernia, TX 78121** | | DATE INCURRED:<br>CONSIDERATION<br>**Services and Supplies**<br>REMARKS: | | | | $64,148.93 |
| ACCT #:<br>**Hanz Hydraulics, Inc.**<br>**6204 Fenske Lane**<br>**Needville, TX 78162** | | DATE INCURRED<br>CONSIDERATION<br>**Services and Supplies**<br>REMARKS: | | | | $21,000.00 |

Sheet no. ____5____ of ____12____ continuation sheets attached to          Subtotal >          $107,022.38
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Primera Energy, LLC**                     Case No.  **15-51396**
                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Inland Environmental & Remedia**<br>P. O. Box 1090<br>Columbus, TX 78934 | | DATE INCURRED:<br>CONSIDERATION<br>**Services and Supplies**<br>REMARKS: | | | | $15,757.00 |
| ACCT #:<br>**James Reiley**<br>c/o Brandon Barcus<br>800 Bering Drive #400<br>Houston, TX 77057 | | DATE INCURRED<br>CONSIDERATION<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Jana Shilts**<br>c/o Brandon Barcus<br>800 Bering Drive #400<br>Houston, TX 77057 | | DATE INCURRED<br>CONSIDERATION<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Jasper Campise**<br>c/o Brandon Barcus<br>800 Bering Drive #400<br>Houston, TX 77057 | | DATE INCURRED<br>CONSIDERATION<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Jim Gregory**<br>c/o Brandon Barcus<br>800 Bering Drive #400<br>Houston, TX 77057 | | DATE INCURRED<br>CONSIDERATION<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**K-3 Services**<br>P. O. Box 2236<br>Alvin, TX 77512 | | DATE INCURRED<br>CONSIDERATION<br>**Services and Supplies**<br>REMARKS: | | | | $36,978.77 |

Sheet no. __6__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                  $52,735.77

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Primera Energy, LLC**

Case No.   15-51396
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Karen Smith**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**KDR Supply, Inc.**<br>**P. O. Box 10130**<br>**Liberty, TX 77575-7630** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $21,858.17 |
| ACCT #:<br>**Key Energy Services**<br>**P. O. Box 4649**<br>**Houston, TX 77210-4649** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $242,632.46 |
| ACCT #:<br>**Lisa Simpson**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Lone Star Industries**<br>**P. O. Box 188**<br>**Hebbronville, TX 78361** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $21,873.45 |
| ACCT #:<br>**Marc Keese**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |

Sheet no. ___7___ of ___12___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $286,364.08

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Primera Energy, LLC**

Case No. **15-51396**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Marjorie A. Gilette**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Maverick Field Services**<br>**P. O. ox 262**<br>**La Grange, TX 78945** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $28,394.43 |
| ACCT #:<br>**McGuire Industries**<br>**2416 W. 42nd Street**<br>**Odessa, TX 79764-6309** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $16,331.41 |
| ACCT #:<br>**Midstar Energy LP**<br>**1840 Snake River Road #E**<br>**Katy, TX 77449** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $230,000.00 |
| ACCT #:<br>**Mike Covington**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Mike McPherson**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |

Sheet no. **8** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$274,725.84**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Primera Energy, LLC**

Case No.  **15-51396**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **MMZ Consulting** <br> 9207 Limestone Pass <br> Boerne, TX 78006 | | DATE INCURRED: <br> CONSIDERATION: <br> **Services and Supplies** <br> REMARKS: | | | | $14,356.25 |
| ACCT #: <br> **MW Rentals & Service** <br> 4002 U.S. Hwy 59 North <br> Victoria, TX 77905 | | DATE INCURRED: <br> CONSIDERATION: <br> **Services and Supplies** <br> REMARKS: | | | | $51,911.82 |
| ACCT #: <br> **National Oilwell Varco LP** <br> P. O. Box 203793 <br> Dallas, TX 75320-3793 | | DATE INCURRED: <br> CONSIDERATION: <br> **Services and Supplies** <br> REMARKS: | | | | $22,701.38 |
| ACCT #: <br> **Nationwide Capital Funding** <br> P. O. Box 260775 <br> Corpus Christi, TX 78426 | | DATE INCURRED: <br> CONSIDERATION: <br> **Credit** <br> REMARKS: | | | | $20,900.00 |
| ACCT #: <br> **Newpark Drilling Tools** <br> 21920 Merchant's Way <br> Katy, TX 77449-3015 | | DATE INCURRED: <br> CONSIDERATION: <br> **Services and Supplies** <br> REMARKS: | | | | $41,638.82 |
| ACCT #: <br> **Oil Patch Rental Services** <br> P. O. Box 204667 <br> Dallas, TX 75320-4667 | | DATE INCURRED: <br> CONSIDERATION: <br> **Services and Supplies** <br> REMARKS: | | | | $796,210.65 |

Sheet no. **9** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $947,718.92

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Primera Energy, LLC**                                                Case No.  **15-51396**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**P & A Supply**<br>P. O. Box 4814<br>Victoria, TX 77903 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | **$109,512.54** |
| ACCT #:<br>**Platinum Pressure Pumping**<br>2100 W. Loop S #1400<br>Houston, TX 77027 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | **$1,048,712.15** |
| ACCT #:<br>**Production Equipment Company**<br>P. O. Box 2621<br>Corpus Christi, Texas 78403 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS. | | | | **$18,896.17** |
| ACCT #:<br>**Quackenbush Petroleum**<br>c/o Brandon Barcus<br>800 Bering Drive #400<br>Houston, TX 77057 | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS. | | | X | **$0.00** |
| ACCT #:<br>**Quick Pipe**<br>1825 Upland Drive<br>Houston, TX 777043 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | **$59,205.23** |
| ACCT #:<br>**Rathole Drilling, Inc.**<br>P. O. Box 389<br>Alice, TX 78333-0389 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS. | | | | **$23,780.09** |

Sheet no. __10__ of __12__ continuation sheets attached to                                Subtotal >            **$1,260,106.18**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                             Total >
                                    (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                                Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Primera Energy, LLC**　　　　　　　　　Case No. ___15-51396___
　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Refinery Specialties**<br>P. O. Box 577<br>Hempstead, TX 77445 | | DATE INCURRED<br>CONSIDERATION<br>**Services and Supplies**<br>REMARKS: | | | | $89,578.77 |
| ACCT #:<br>**Rick Reiley**<br>c/o Brandon Barcus<br>800 Bering Drive #400<br>Houston, TX 77057 | | DATE INCURRED:<br>CONSIDERATION<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Sharon Walls**<br>c/o Brandon Barcus<br>800 Bering Drive #400<br>Houston, TX 77057 | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**South Texas Oilfield Solutions**<br>6072S US Hwy 281<br>Alice, TX 78332 | | DATE INCURRED:<br>CONSIDERATION:<br>**Suit on Debt**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**South Texas Oilfied Solutions**<br>6072S US Hwy 281<br>Alice, TX 78332 | | DATE INCURRED<br>CONSIDERATION:<br>**Suit on Debt**<br>REMARKS· | | | X | $0.00 |
| ACCT #:<br>**Steve Kent Trucking**<br>P. O. Box 148<br>Lottie, LA 70756 | | DATE INCURRED:<br>CONSIDERATION·<br>**Services and Supplies**<br>REMARKS· | | | | $97,974.60 |

Sheet no. ___11___ of ___12___ continuation sheets attached to　　　　　　Subtotal >　　$187,553.37
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
　　　　　　　　　　　(Use only on last page of the completed Schedule F.)
　　　　　　　　(Report also on Summary of Schedules and, if applicable, on the
　　　　　　　　　Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Primera Energy, LLC**                                    Case No. **15-51396**
                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Thomas J. Gilette**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Trican Well Services**<br>**P. O. Box 677418**<br>**Dallas, TX 75267** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $1,087,481.21 |
| ACCT #:<br>**Unit Texas Drilling, LLC**<br>**7130 South Lewis #1000**<br>**Tulsa, OK 74136** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services and Supplies**<br>REMARKS: | | | | $559,384.95 |
| ACCT #:<br>**Vincent J. Gillette**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Wesley Crow**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**William Crawford**<br>**c/o Brandon Barcus**<br>**800 Bering Drive #400**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor Claims**<br>REMARKS: | | | X | $0.00 |

Sheet no. __12__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | |
|---|---|
| Subtotal > | $1,646,866.16 |
| Total > | $6,226,930.80 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Primera Energy, LLC**                                              Case No. __**15-51396**_____
                                                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Subscriptions** | The unpaid subscriptions listed in B-16 will be continued as executory contracts. |

B6H (Official Form 6H) (12/07)

In re **Primera Energy, LLC**

Case No. **15-51396**
_____
(If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Primera Energy, LLC**

Case No  <u>15-51396</u>

(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ *Owner* _____ of the _____ *Corporation* _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **26** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief

(Total shown on summary page plus 1 )

Date ___ *6 - 26  15* _____          Signature _____

Brian K. Alfaro
Owner

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C  §§ 152 and 3571*

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re:  **Primera Energy, LLC**

Case No.  **15-51396** _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $796,258.91 | 2015 General Revenue |
| $4,233,182.63 | 2014 General Revenue |
| $7,412,996.10 | 2013 General Revenue |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Please See Attached Invoice Listing by Vendor** | | | |

None ☑

c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

06/26/2015 08:45 am
Company:PRIMO

A/P Acct:2010

**PRIMERA ENERGY LLC**
Invoice Listing by Vendor
Invoices dated from 03/02/2015 thru 06/02/2015
All Vendors

Page 1

| G/L Date | Ref# | Invoice | Description | Due or Paid | Bnk | Check# | Amount |
|---|---|---|---|---|---|---|---|
| **AIRFLA** | **Airborne Flag & Flagpole, LLC** | | | | | | |
| 05/05/2015 | 20019 | 20019 | United States and Texas flags | Due:05/20/2015 | | | 286.65 |
| TOTAL: AIRFLA Airborne Flag & Flagpole, LLC | | | | | | Due | 286.65 |
| | | | | | | Paid | 0.00 |
| | | | | | | | |
| **ALAMOH** | **Alamo Handyman** | | | | | | |
| 05/20/2015 | 20150520 | 20150520 | Change Light bulbs | Pd:05/20/2015 | 1008 | 1016 | 562.50 |
| TOTAL: ALAMOH Alamo Handyman | | | | | | Due | 0.00 |
| | | | | | | Paid | 562.50 |
| | | | | | | | |
| **AMEARB** | **American Arbitration Association** | | | | | | |
| 04/17/2015 | 11164480 | 11164480 | Your share of the neutral compensation deposit covering beerbowers post award activity/awared deliberation | Due:05/26/2015 | | | 3,125.00 |
| 04/17/2015 | 11164482 | 11164482 | Your share of the neutral compensation deposit covering Weiss post award deliberation lime | Due:05/26/2015 | | | 6,125.00 |
| 04/17/2015 | 11164484 | 11164484 | Your share of the neutral compensation deposit covering Mitchell post award activity deliberation time | Due:05/26/2015 | | | 3,125.00 |
| TOTAL: AMEARB American Arbitration Association | | | | | | Due | 12,375.00 |
| | | | | | | Paid | 0.00 |
| | | | | | | | |
| **AMERIA** | **American Arbitration Association** | | | | | | |
| 04/02/2015 | 11073742 | 11073742 | Case# 01-14-0000-6142-1-SK | Pd:04/02/2015 | 1006 | 2215 | 24,690.00 |
| TOTAL: AMERIA American Arbitration Association | | | | | | Due | 0.00 |
| | | | | | | Paid | 24,690.00 |
| | | | | | | | |
| **ATT545** | **AT&T** | | | | | | |
| 05/23/2015 | 20150523 | 20150523 | BullPen Fax Line | Pd:06/19/2015 | 1008 | 1048 | 165.10 |

06/26/2015  08:45 am
Company:PRIMO

**PRIMERA ENERGY LLC**
Invoice Listing by Vendor
Invoices dated from 03/02/2015 thru 06/02/2015

Page  2

A/P Acct:2010

| G/L Date | Ref# | Invoice | Description | Due or Paid | Bnk | Check# | Amount |
|---|---|---|---|---|---|---|---|
| ATT545  AT&T <Continued> | | | | | | | |
| TOTAL: ATT545 AT&T | | | | Due | | | 0.00 |
| | | | | Paid | | | 165.10 |
| | | | | | | | |
| BERCRA  The Berkenkamp Shine | | | | | | | |
| 03/04/2015 | 20150304 | 20150304 | Shoe Shine Services | Pd.03/04/2015 | 1006 | 2175 | 100.00 |
| TOTAL: BERCRA The Berkenkamp Shine | | | | Due | | | 0.00 |
| | | | | Paid | | | 100.00 |
| | | | | | | | |
| BEXARC  Bexar County District Clerk | | | | | | | |
| 04/17/2015 | 20150416 | 20150416 | Jessica Conlen vs Ison Insurance | Pd:04/17/2015 | 1006 | 2235 | 100.00 |
| TOTAL: BEXARC Bexar County District Clerk | | | | Due | | | 0.00 |
| | | | | Paid | | | 100.00 |
| | | | | | 1006 | | |
| | | | | | | | |
| CCLEAN  Jesus Gaytan | | | | | | | |
| 04/02/2015 | 0003 | 0003 | March 1-31 Weekly Cleaning | Pd:04/02/2015 | 1006 | 2213 | 900.00 |
| 05/04/2015 | 0430215 | 0430215 | Office Cleaning | Pd:05/04/2015 | 1006 | 2258 | 900.00 |
| 06/01/2015 | 20150601 | 20150601 | Office Cleaning | Pd:06/01/2015 | 1008 | 1028 | 900.00 |
| TOTAL: CCLEAN Jesus Gaytan | | | | Due | | | 0.00 |
| | | | | Paid | | | 2,700.00 |
| | | | | | | | |
| CUTHEB  Hebron Cutrer | | | | | | | |
| 03/27/2015 | 20150327 | 20150327 | Settlement Payment 2 of 24 | Pd:04/13/2015 | 1006 | 2223 | 7,886.67 |
| 04/21/2015 | 20150421 | 20150421 | Payment 2 of 12 | Pd:04/21/2015 | 1006 | 2239 | 7,910.67 |
| 05/25/2015 | 20150525 | 20150525 | Payment 4 of 12 | Pd:05/28/2015 | 1008 | 1024 | 7,886.67 |
| TOTAL: CUTHEB Hebron Cutrer | | | | Due | | | 0.00 |
| | | | | Paid | | | 23,684.01 |
| | | | | | | | |
| CUTJOH  John Cutrer | | | | | | | |
| 03/27/2015 | 20150327 | 20150327 | Settlement Payment 2 of 12 | Pd:03/27/2015 | 1006 | 2206 | 446.66 |
| 05/25/2015 | 20150525 | 20150525 | Payment 4 of 12 | Due:05/25/2015 | | | 446.66 |
| TOTAL: CUTJOH John Cutrer | | | | Due | | | 446.66 |
| | | | | Paid | | | 446.66 |
| | | | | | | | |
| DAHILL  Dahili | | | | | | | |
| 03/30/2015 | IN252431 | IN252431 | Toner for Printer | Pd:06/19/2015 | 1008 | 1049 | 167.79 |
| TOTAL: DAHILL Dahili | | | | Due | | | 0.00 |
| | | | | Paid | | | 167.79 |
| | | | | | | | |
| DPATSM  D. Patrick Smotherman | | | | | | | |
| 03/18/2015 | 1 | 1 | RE: Key Energy | Pd:03/18/2015 | 1006 | 2192 | 879.00 |
| 04/20/2015 | 20150420 | 20150420 | P&A supply | Pd:04/20/2015 | 1006 | 2238 | 1,800.00 |
| 05/22/2015 | 20150522 | 20150522 | Certified Oilfield | Pd:05/22/2015 | 1008 | 1020 | 2,500.00 |
| 05/29/2015 | DPATSM | DPATSM | A/P Invoice | Pd:05/29/2015 | 1008 | 1026 | 2,500.00 |
| TOTAL: DPATSM D. Patrick Smotherman | | | | Due | | | 0.00 |
| | | | | Paid | | | 7,679.00 |
| | | | | | | | |
| FANMIC  Michael Fanuzzi | | | | | | | |
| 05/01/2015 | 05012015 | PR05012015 | PR 05012015 | Pd:05/01/2015 | 1006 | 2250 | 1,321.44 |
| TOTAL: FANMIC Michael Fanuzzi | | | | Due | | | 0.00 |
| | | | | Paid | | | 1,321.44 |
| | | | | | | | |
| FASCLA  FASCLAMPITT | | | | | | | |
| 03/30/2015 | 875397 | 875397 | Finch Paper | Due:04/30/2015 | | | 182.07 |
| TOTAL: FASCLA FASCLAMPITT | | | | Due | | | 182.07 |
| | | | | Paid | | | 0.00 |
| | | | | | | | |
| FEDEX  FEDEX | | | | | | | |
| 03/05/2015 | 59-06855 | 2-959-06855 | A/P Invoice | Pd:06/19/2015 | 1008 | 1050 | 393.17 |
| 03/12/2015 | 66-22237 | 2-966-22237 | Account Number: 3379-9232-3 | Pd:06/19/2015 | 1008 | 1050 | 311.43 |
| 03/19/2015 | 73-88091 | 2-973-88091 | Account number: 3379-9232-3 | Due:05/14/2015 | | | 902.84 |
| 03/26/2015 | 81-41850 | 2-981-41850 | Account # 3379-9232-3 | Pd:04/10/2015 | 1006 | 2224 | 372.22 |
| 04/02/2015 | 88-48486 | 2-988-48486 | Account # 3379-9232-3 | Pd:04/10/2015 | 1006 | 2224 | 319.69 |
| 04/09/2015 | 95-85420 | 2-995-85420 | Account #: 3379-9232-3 | Pd:06/19/2015 | 1008 | 1050 | 101.22 |
| 04/16/2015 | 03-25680 | 5-003-25680 | A/P Invoice | Due:05/01/2015 | | | 404.68 |
| 04/23/2015 | 10-78983 | 5-010-78983 | A/P Invoice | Due.05/08/2015 | | | 28.95 |
| 04/23/2015 | 10-78983 | 5-010-78983 | A/P Invoice | Pd:06/19/2015 | 1008 | 1050 | 329.19 |
| 04/30/2015 | 17-92079 | 5-017-92079 | Account number. 3379-9232-3 | Due:05/15/2015 | | | 186.05 |

06/26/2015  08:45 am
Company:PRIMO

A/P Acct:2010

# PRIMERA ENERGY LLC
## Invoice Listing By Vendor
### Invoices dated from 03/02/2015 thru 06/02/2015

Page   3

| G/L Date | Ref# | Invoice | Description | Due or Paid | Bnk | Check# | Amount |
|----------|------|---------|-------------|-------------|-----|--------|--------|
| **FEDEX  FEDEX <Continued>** | | | | | | | |
| 05/07/2015 | 25-24316 | 5-025-24316 | Account Number: 3379-9232-3 | Due:05/22/2015 | | | 331.62 |
| 05/14/2015 | 32-68413 | 5-032-68413 | Account Number: 3379-9232-3 | Due:05/29/2015 | | | 1,001.63 |
| 05/21/2015 | 40-21942 | 5-040-21942 | A/P Invoice | Due:06/05/2015 | | | 399.50 |
| 05/28/2015 | 47-26631 | 5-047-26631 | Account #: 3379-9232-3 | Due:06/12/2015 | | | 527.87 |
| **TOTAL: FEDEX FEDEX** | | | | | | **Due** | **3,783.14** |
| | | | | | | **Paid** | **1,826.92** |
| | | | | | | | |
| **FLAIRO  FLAT IRON CAPITAL** | | | | | | | |
| 05/27/2015 | 20150615 | 20150615 | Account #: 5245524 | Pd:06/19/2015 | 1008 | 1051 | 3,295.36 |
| **TOTAL: FLAIRO FLAT IRON CAPITAL** | | | | | | **Due** | **0.00** |
| | | | | | | **Paid** | **3,295.36** |
| | | | | | | | |
| **FOXSTE  Stephen D. Fox** | | | | | | | |
| 03/16/2015 | 20150316 | 20150316 | Services Rendered through 3/15/15 | Pd:03/16/2015 | 1006 | 2186 | 3,958.33 |
| 04/01/2015 | 0150328A | 20150328A | Reimbursement | Pd:04/01/2015 | 1006 | 2211 | 573.52 |
| 04/01/2015 | 20150328 | 20150328 | 3/16/15 - 3/31/15 Pay period includes deductions for medical insurance $402.97 as well as payment 1 of 10 per agreement for arrears | Pd:04/01/2015 | 1006 | 2211 | 3,394.17 |
| 04/15/2015 | 0150415A | 20150415A | Reimbursement for parking at Law Library 3/31/15 $1.75  US Postal Service mail to Mr Short 4/2/15 $5.75      Parking at law library $10.00 Mileage from Gonzales TX for Dynasty case $88.55 | Pd:04/15/2015 | 1006 | 2230 | 106.05 |
| 04/15/2015 | 20150415 | 20150415 | Regular Salary: $3,958.33    Current Insurance deductions: $402.97    Recap Insurance $161.19  Total Pay: $3394.17 | Pd:04/15/2015 | 1006 | 2230 | 3,394.17 |
| 04/24/2015 | 20150501 | 20150501 | Mileage from SA to tilden for P&A Case 36.00 for parking downtown- 4/21/15 , 4/22/15 , 4/23/15 | Pd:05/01/2015 | 1006 | 2253 | 151.00 |
| 05/01/2015 | 20150501 | 20150501 | 4/16/15 - 4/30/15 | Pd:05/01/2015 | 1006 | 2253 | 3,394.17 |
| 05/05/2015 | OCIATION | BAR ASSOCIATION | Reimbursement to renew bar association license. | Pd:05/05/2015 | 1006 | 2259 | 500.00 |
| 05/15/2015 | 20150515 | 20150515 | Pay Date 5-15-15          Salary: $3,958.33 Deductions: $161.19 Past Medical Insurance premiums $402.97- current medical insurance premiums          Reimbursements: $202.68 mileage to Alice TX   $46.00 for parking and $200.00 for the San Antonio Bar Association | Pd:05/15/2015 | 1009 | 1003 | 3,842.85 |
| 06/01/2015 | 20150601 | 20150601 | Services rendered 5-16-15 - 6-1-15 Salary: $3,958.33          Reimbursement: $192.09   Deductions: $402.97 current insurance premiums      $805.91 remaining recap for previous due premiums. | Pd:06/01/2015 | 1009 | 1007 | 2,941.54 |
| **TOTAL: FOXSTE Stephen D. Fox** | | | | | | **Due** | **0.00** |
| | | | | | | **Paid** | **22,255.80** |
| | | | | | | | |
| **G&FINC  G & F Oil Inc.** | | | | | | | |
| 04/01/2015 | 04012015 | 04012015 | APRIL 2015 | Due:04/01/2015 | | | 18,250.00 |
| 05/01/2015 | 20150501 | 20150501 | MAY 2015 | Due:05/01/2015 | | | 18,250.00 |
| 06/01/2015 | 20150601 | 20150601 | JUNE 2015 | Due:06/01/2015 | | | 18,250.00 |
| **TOTAL: G&FINC G & F Oil Inc.** | | | | | | **Due** | **54,750.00** |
| | | | | | | **Paid** | **0.00** |
| | | | | | | | |
| **GEHBOB  Bob Gehrke** | | | | | | | |
| 03/18/2015 | 152890 | 152890 | Repair 2 Office Chairs | Pd:03/23/2015 | 1006 | 2197 | 750.00 |
| **TOTAL: GEHBOB Bob Gehrke** | | | | | | **Due** | **0.00** |
| | | | | | | **Paid** | **750.00** |
| | | | | | | | |
| **GRANDE  Grande Communications** | | | | | | | |
| 03/23/2015 | 20150323 | | Grande Communications | Due: | | | (1,696.72) |
| 04/07/2015 | 04082015 | 04082015 | Grande Communications Account # 128549 | Due:04/08/2015 | | | 1,696.72 |
| 04/22/2015 | 20150422 | | Payment to Grande for phones | Due: | | | (1,696.72) |
| 05/25/2015 | 00773082 | 00773082 | A/P Invoice | Due:06/16/2015 | | | 5,150.45 |
| 06/02/2015 | 20150206 | 20150206 | Account #: 128549 | Pd:06/19/2015 | 1008 | 1052 | 1,710.00 |
| **TOTAL: GRANDE Grande Communications** | | | | | | **Due** | **3,453.73** |
| | | | | | | **Paid** | **1,710.00** |
| | | | | | | | |
| **HILHOR  HILL HORTICULTURE, INC** | | | | | | | |
| 03/20/2015 | 2556 | 2556 | A/P Invoice | Pd:04/28/2015 | 1006 | 2244 | 259.15 |
| 04/20/2015 | 2697 | 2697 | A/P Invoice | Pd:04/28/2015 | 1006 | 2244 | 259.15 |

06/26/2015 08:45 am
Company:PRIMO

**PRIMERA ENERGY LLC**
Invoice Listing By Vendor
Invoices dated from 03/02/2015 thru 06/02/2015

A/P Acct:2010

| G/L Date | Ref# | Invoice | Description | Due or Paid | Bnk | Check# | Amount |
|---|---|---|---|---|---|---|---|
| **HILHOR  HILL HORTICULTURE, INC <Continued>** | | | | | | | |
| TOTAL: HILHOR HILL HORTICULTURE, INC | | | | | | Due | 0.00 |
| | | | | | | Paid | 518.30 |
| | | | | | | | |
| **HUMANA  Humana** | | | | | | | |
| 03/12/2015 | 20150312 | | Payment to Humana via phone for March 1 Payment | Due: | | | (3,507.89) |
| 04/27/2015 | 20150427 | 20150427 | Insurance Premiums | Pd:04/27/2015 | 1006 | 2243 | 3,517.64 |
| 05/29/2015 | PR052920 | | Bank Draft -Humana Insurance Payment | Due: | | | (11,729.72) |
| TOTAL: HUMANA Humana | | | | | | Due | (15,237.61) |
| | | | | | | Paid | 3,517.64 |
| | | | | | | | |
| **JACAMY  Amy Jackson** | | | | | | | |
| 03/27/2015 | 20150327 | 20150327 | Settlement Payment 2 of 12 | Pd:03/27/2015 | 1006 | 2203 | 446.66 |
| 05/25/2015 | 20150525 | 20150525 | Payment 4 of 12 | Pd:05/28/2015 | 1008 | 1022 | 446.66 |
| TOTAL: JACAMY Amy Jackson | | | | | | Due | 0.00 |
| | | | | | | Paid | 893.32 |
| | | | | | | | |
| **KARNES  Karnes County National Bank** | | | | | | | |
| 04/02/2015 | 20150402 | 20150402 | April 2015 Payment | Pd:04/02/2015 | 1006 | 2214 | 8,013.11 |
| 05/05/2015 | 20150505 | 20150505 | May 2015 building payment | Pd:05/15/2015 | 1008 | 1006 | 8,013.11 |
| 06/02/2015 | 20150602 | 20150602 | Loan #: 106545 | Pd:06/19/2015 | 1008 | 1053 | 8,413.77 |
| TOTAL: KARNES Karnes County National Bank | | | | | | Due | 0.00 |
| | | | | | | Paid | 24,439.99 |
| | | | | | | | |
| **KENDAL  Kendall County District Clerk** | | | | | | | |
| 04/07/2015 | 20150407 | 20150407 | Primera v. Brennan Short | Pd:04/07/2015 | 1006 | 2219 | 335.00 |
| 04/16/2015 | 20150416 | 20150416 | Process of Service- Brennan Short vs Primera Energy | Pd:04/16/2015 | 1006 | 2234 | 20.00 |
| TOTAL: KENDAL Kendall County District Clerk | | | | | | Due | 0.00 |
| | | | | | | Paid | 355.00 |
| | | | | | | | |
| **LATHRO  RICHARD D. LATHROP** | | | | | | | |
| 03/02/2015 | 20150302 | 20150302 | Geological Consulting 3/1/15 to 3/15/15 | Pd:03/16/2015 | 1006 | 2185 | 3,000.00 |
| 03/16/2015 | 20150331 | 20150331 | Geological Consulting 3-16-15 - 3-31-15 | Pd:04/01/2015 | 1006 | 2210 | 3,000.00 |
| 04/16/2015 | 20150415 | 20150415 | Geological Consulting 4-1-15 - 4-15-15 | Pd:04/16/2015 | 1006 | 2233 | 3,000.00 |
| 04/16/2015 | 20150416 | 20150416 | Geological Consulting 4-16-15 - 4-30-15 | Pd:05/01/2015 | 1006 | 2251 | 3,000.00 |
| 05/15/2015 | 20150501 | 20150501 | Geological consulting 5/1-15 - 5/15 | Pd:05/15/2015 | 1009 | 1002 | 1,500.00 |
| 06/01/2015 | 06012015 | 06012015 | A/P Invoice | Pd:06/01/2015 | 1009 | 1005 | 1,500.00 |
| 06/01/2015 | 20150615 | 20150615 | Geological Consulting 6/1/15 - 6/15/15 | Pd:06/11/2015 | 1011 | 1001 | 1,500.00 |
| TOTAL: LATHRO RICHARD D. LATHROP | | | | | | Due | 0.00 |
| | | | | | | Paid | 16,500.00 |
| | | | | | | | |
| **LAWSEC  Law Security Corporation** | | | | | | | |
| 05/01/2015 | 463407 | 463407 | Commercial Monitoring- both Accounts | Pd:06/19/2015 | 1008 | 1054 | 64.84 |
| 05/27/2015 | 469233 | 469233 | Service Call- Fixed Cameras | Due:06/11/2015 | | | 135.31 |
| 06/01/2015 | 467439 | 467439 | Commercial Monitoring- 2 accounts | Due:06/16/2015 | | | 64.84 |
| TOTAL: LAWSEC Law Security Corporation | | | | | | Due | 200.15 |
| | | | | | | Paid | 64.84 |
| | | | | | | | |
| **MCCLIN  Secretary of State** | | | | | | | |
| 05/01/2015 | 20150501 | 20150501 | 430 Assets, LLC | Pd:05/01/2015 | 1006 | 2255 | 35.00 |
| 05/14/2015 | 20150514 | 20150514 | 430 Assetts, LLC Amended Articles | Pd:05/14/2015 | 1008 | 1004 | 27.50 |
| TOTAL: MCCLIN Secretary of State | | | | | | Due | 0.00 |
| | | | | | | Paid | 62.50 |

06/26/2015 08:45 am
Company:PRIMO

**PRIMERA ENERGY LLC**
**Invoice Listing By Vendor**

A/P Acct:2010

Invoices dated from 03/02/2015 thru 06/02/2015

| G/L Date | Ref# | Invoice | Description | Due or Paid | Bnk | Check# | Amount |
|---|---|---|---|---|---|---|---|
| **MERMEL** | **Maribeth Melcher** | | | | | | |
| 03/17/2015 | 20150316 | 20150316 | A/P Invoice | Pd:03/17/2015 | 1006 | 2191 | 1,120.00 |
| **TOTAL: MERMEL Maribeth Melcher** | | | | | | Due | 0.00 |
| | | | | | | Paid | 1,120.00 |
| | | | | | | | |
| **MUZAK** | **Texas Wired Music, Inc** | | | | | | |
| 04/01/2015 | A812186 | A812186 | Account # 005121 | Pd:06/10/2015 | 1010 | 1018 | 284.00 |
| 04/01/2015 | A812187 | A812187 | Music Services -Account # 005121 | Pd:06/10/2015 | 1010 | 1018 | 96.38 |
| **TOTAL: MUZAK Texas Wired Music, Inc** | | | | | | Due | 0.00 |
| | | | | | | Paid | 380.38 |
| | | | | | | | |
| **PETCLU** | **Petroleum Club** | | | | | | |
| 04/30/2015 | 04302015 | 04302015 | April | Due:04/30/2015 | | | 277.02 |
| **TOTAL: PETCLU Petroleum Club** | | | | | | Due | 277.02 |
| | | | | | | Paid | 0.00 |
| | | | | | | | |
| **PITLEA** | **Pitney Bowes** | | | | | | |
| 04/13/2015 | DULE 003 | SCHEDULE 003 | Account #: 8944788 | Due:04/21/2015 | | | 114.23 |
| 05/13/2015 | 788-AP15 | 8944788-AP15 | Lease Account Number. 8944788 | Due:05/13/2015 | | | 963.26 |
| **TOTAL: PITLEA Pitney Bowes** | | | | | | Due | 1,077.49 |
| | | | | | | Paid | 0.00 |
| | | | | | | | |
| **PPIPER** | **Pied Piper Pest Control LLC** | | | | | | |
| 04/06/2015 | 372242 | 372242 | Maintenance | Due:05/01/2015 | | | 70.36 |
| **TOTAL: PPIPER Pied Piper Pest Control LLC** | | | | | | Due | 70.36 |
| | | | | | | Paid | 0.00 |
| | | | | | | | |
| **QUILL** | **QUILL** | | | | | | |
| 03/03/2015 | 1959404 | 1959404 | Office Supplies | Due:04/02/2015 | | | 14.06 |
| 03/03/2015 | 1964062 | 1964062 | Office Supplies | Due:04/02/2015 | | | 355.03 |
| 03/03/2015 | 1978436 | 1978436 | Office Supplies | Due:04/02/2015 | | | 477.83 |
| 03/04/2015 | 2030083 | 2030083 | Office Supplies | Due:04/03/2015 | | | 129.87 |
| 03/05/2015 | 2049430 | 2049430 | Office Supplies | Due:04/04/2015 | | | 19.47 |
| 03/16/2015 | 2390715 | 2390715 | Office Supplies | Due:04/15/2015 | | | 155.87 |
| 03/24/2015 | 2650322 | 2650322 | Office Supplies | Due:04/23/2015 | | | 207.64 |
| 03/25/2015 | 2679486 | 2679486 | Office Supplies | Due:04/24/2015 | | | 20.56 |
| 03/25/2015 | 2696953 | 2696953 | Office Supplies | Due:04/24/2015 | | | 49.96 |
| 03/25/2015 | 2697003 | 2697003 | Office Supplies | Due:04/24/2015 | | | 121.22 |
| 03/26/2015 | 2719401 | 2719401 | Office Supplies | Due:04/25/2015 | | | 19.47 |
| 03/30/2015 | 2804687 | 2804687 | Office Supplies | Due:04/30/2015 | | | 19.47 |
| 04/08/2015 | 3122991 | 3122991 | Office Supplies | Due:05/08/2015 | | | 123.78 |
| **TOTAL: QUILL QUILL** | | | | | | Due | 1,714.23 |
| | | | | | | Paid | 0.00 |
| | | | | | | | |
| **RAYCPA** | **Ray CPa Tax & Accounting, LLC** | | | | | | |
| 03/12/2015 | 20150312 | 20150312 | A/P Invoice | Pd:03/12/2015 | 1006 | 2182 | 4,375.25 |
| 03/26/2015 | 20150326 | 20150326 | Professional Fees | Pd:03/26/2015 | 1006 | 2202 | 4,865.50 |
| 04/10/2015 | 20150401 | 20150401 | Accounting Services | Pd:05/18/2015 | 1008 | 1011 | 6,447.25 |
| 04/11/2015 | 20150411 | 20150411 | 14.70 hours @ 185/hour | Due:04/15/2015 | | | 2,719.00 |
| **TOTAL: RAYCPA Ray CPa Tax & Accounting, LLC** | | | | | | Due | 2,719.00 |
| | | | | | | Paid | 15,688.00 |
| | | | | | | | |
| **REPSER** | **Republic Services # 859** | | | | | | |
| 05/31/2015 | 01434671 | 0859-001434671 | A/P Invoice | Pd:06/19/2015 | 1008 | 1059 | 111.73 |
| **TOTAL: REPSER Republic Services # 859** | | | | | | Due | 0.00 |
| | | | | | | Paid | 111.73 |

06/26/2015 08:45 am
Company:PRIMO

PRIMERA ENERGY LLC
Invoice Listing By Vendor

Page 6

A/P Acct:2010

Invoices dated from 03/02/2015 thru 06/02/2015

| G/L Date | Ref# | Invoice | Description | Due or Paid | Bnk | Check# | Amount |
|----------|------|---------|-------------|-------------|-----|--------|--------|
| | | | | | | | |

**RRGP  RRGP SERVICES, INC**

| 04/15/2015 | 14858 | | 14858 Recurring Block time | Due:05/15/2015 | | | 974.25 |
| TOTAL: RRGP RRGP SERVICES, INC | | | | | | Due | 974.25 |
| | | | | | | Paid | 0.00 |

**SAWS  San Antonio Water System**

| 05/20/2015 | 20150602 | | 20150602 Account Number: 000715084-0464689-0002 | Pd:06/19/2015 | 1008 | 1055 | 424.25 |
| TOTAL: SAWS San Antonio Water System | | | | | | Due | 0.00 |
| | | | | | | Paid | 424.25 |

**SCHSTO  SCHEEF AND STONE**

| 03/06/2015 | 837519 | | 837519 Matter 101 Leland Rogness | Pd:03/12/2015 | 1006 | 2181 | 15,622.23 |
| 03/06/2015 | 837520 | | 837520 Matter 107 Heb Cutrer and Barry Solomon | Pd:03/12/2015 | 1006 | 2181 | 2,178.75 |
| 03/19/2015 | 20150319 | | 20150319 Legal Services | Pd:03/19/2015 | 1006 | 2194 | 19,289.92 |
| 03/31/2015 | 20150331 | | 20150331 Legal Services | Pd:03/31/2015 | 1006 | 2208 | 19,289.92 |
| 04/25/2015 | 840452 | | 840452 Matter 101- Leland Rogness | Pd:05/28/2015 | 1008 | 1021 | 20,000.00 |
| 04/25/2015 | 840452 | | 840452 Matter 101- Leland Rogness | Due:05/25/2015 | | | 10,059.91 |
| TOTAL: SCHSTO SCHEEF AND STONE | | | | | | Due | 10,059.91 |
| | | | | | | Paid | 76,380.82 |

**SEAYTR  Seay & Traphagan**

| 04/17/2015 | 20150417 | | 20150417 Legal Fees | Pd:04/17/2015 | 1006 | 2237 | 3,000.00 |
| TOTAL: SEAYTR Seay & Traphagan | | | | | | Due | 0.00 |
| | | | | | | Paid | 3,000.00 |

**SECCAP  Secure Capital Investment**

| 05/15/2015 | 05577 | | 05577 Primera Energy Leads | Pd:05/18/2015 | 1008 | 1012 | 4,000.00 |
| TOTAL: SECCAP Secure Capital Investment | | | | | | Due | 0.00 |
| | | | | | | Paid | 4,000.00 |

**SOLBAR  Barry Solomon**

| 03/27/2015 | 20150327 | | 20150327 Barry Solomon Payment 2 of 12 | Pd:04/13/2015 | 1006 | 2222 | 7,886.67 |
| 05/25/2015 | 20150525 | | 20150525 Payment 4 of 12 | Pd:05/28/2015 | 1008 | 1023 | 7,886.67 |
| TOTAL: SOLBAR Barry Solomon | | | | | | Due | 0.00 |
| | | | | | | Paid | 15,773.34 |

**SYLROM  ALBERT URESTI, MPA**

| 03/02/2015 | 20150302 | | 20150302 Account #: 00000-114-6034 | Pd:03/02/2015 | 1006 | 2172 | 1,138.07 |
| TOTAL: SYLROM ALBERT URESTI, MPA | | | | | | Due | 0.00 |
| | | | | | | Paid | 1,138.07 |

**TCOR  TCOR INSURANCE MANAGEMENT**

| 05/12/2015 | PAYMENT | | DOWN PAYMENT Down Payment 2015-16 GL, Auto, Property, Umbrella policies | Pd:05/12/2015 | 1008 | 1001 | 3,295.36 |
| 05/30/2015 | 20150531 | | 20150531 2015-16 Control of well renewal premium | Pd:05/29/2015 | 1008 | 1027 | 15,274.25 |
| TOTAL: TCOR TCOR INSURANCE MANAGEMENT | | | | | | Due | 0.00 |
| | | | | | | Paid | 18,569.61 |

**TEXMUT  Texas Mutual Insurance Company**

| 03/24/2015 | 20150313 Q00333876120150313 | | 20150313 Workers Comp Renewal | Pd:03/24/2015 | 1006 | 2199 | 4,192.00 |
| 05/13/2015 | 20673352 | | 20673352 Additional premium based on final payroll audit | Due:05/28/2015 | | | 4,524.00 |
| TOTAL: TEXMUT Texas Mutual Insurance Company | | | | | | Due | 4,524.00 |
| | | | | | | Paid | 4,192.00 |

**TOTAL: TIMHUN TIMOTHY HUNDLEY**

**TRAVEL  Travelers**

| 06/02/2015 | 20150615 | | 20150615 Account no: 7466D7164 | Pd:06/19/2015 | 1008 | 1060 | 2,166.00 |
| TOTAL: TRAVEL Travelers | | | | | | Due | 0.00 |
| | | | | | | Paid | 2,166.00 |

06/26/2015  08:45 am

Company:PRIMO

A/P Acct:2010

PRIMERA ENERGY LLC

Invoice Listing By Vendor

Invoices dated from 03/02/2015 thru 06/02/2015

| G/L Date | Ref# | Invoice | Description | Due or Paid | Bnk | Check# | Amount |
|---|---|---|---|---|---|---|---|
| **ZZMISC** | **Miscellaneous Vendor** | | | | | | |
| 03/18/2015 | 20150318 | **20150318** | RWJ Operating | Pd·03/18/2015 | 1006 | 2193 | 22 00 |
| | | | %%Bexar County JP 3 | | | | |
| **TOTAL: ZZMISC Miscellaneous Vendor** | | | | | | Due | 0.00 |
| | | | | | | Paid | 22.00 |

|  |  |  |
|---|---|---|
| **Total Due** | 81,656.05 |
| **Total Paid** | 504,293.39 |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:   **Primera Energy, LLC**

Case No.   **15-51396** _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| No. DC-14-479 South Texas Oilfield Solutions, LLC. vs. Debtor | Suit | 229th Judicial District of Duval County, Texas | Pending |
| Cause No. 2015-CI-06991 Frederick Patek, et al vs. Brian K. Alfaro, Primera Energy, LLC, ALfaro Oil & Gas, LLC & Alfaro Energy, LLC. | Suit | 288th Judicial District, Bexar County, Texas | Pending |
| No. M-14-0026-CV-C Primera Energy, LLC vs. Tejas Tubular Products, Inc. | Suit | 343rd Judicial District of McMullen County, Texas | Pending |

---

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:  Primera Energy, LLC                                    Case No.   15-51396

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 9. Payments related to debt counseling or bankruptcy

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

---

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| BBVA Compass Bank Checking **5097 5/18/15  0.00 | | |
| BBVA Compass Bank Checking **7081 5/18/15  0.00 | | |
| BBVA Compass Bank Checking **323 5/18/15 $0.00 | | 0.00 |
| BBVA Compass Bank Checking **5406 5/18/15  0.00 | | |
| BBVA Compass Bank Checking **2999 5/18/15  -30.00 | | |
| BBVA Compass Bank Checking **3316 5/18/15  0.00 | | |
| BBVA Compass Bank Checking **968 5/18/15  0.00 | | |

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re: **Primera Energy, LLC**

Case No. **15-51396**

(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

**BBVA Compass Bank**
**Checking **3138**
**5/18/15  0.00**

**BBVA Compass Bank**
**Checking **3049**
**5/18/15  0.00**

**BBVA Compass Bank**
**Checking **5624**
**5/18/15  -2890.85**

**BBVA Compass Bank**
**Checking **6195**
**5/18/15  0.00**

**BBVA Compass Bank**
**Checking **621**
**5/18/15  0.00**

**BBVA Compass Bank**
**Checking **6114**
**5/18/15  -10.00**

**BBVA Compass Bank**
**Checking **1554**
**5/18/15  0.00**

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR Immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must Include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re: **Primera Energy, LLC**                          Case No.   **15-51396**

                                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☑  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:  **Primera Energy, LLC**

Case No.  **15-51396**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☐
a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael Covington, CPA**<br>**21022 Gathering Oak**<br>**San Antonio, TX 78260** | **03/28/10 - 01/15/2015** |
| **Jessica Conlen, Accounting Asst**<br>**21022 Gathering Oak**<br>**San Antonio, TX 78260** | **10/29/2013 - 09/26/2014** |
| **Edgar Perez, CPA**<br>**21022 Gathering Oak**<br>**San Antonio TX 78260** | **5/4/2015-Present** |
| **Megan Blair, Accounting Asst**<br>**21022 Gathering Oak**<br>**San Antonio TX 78260** | **10/16/2014 - present** |

None ☑
b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☑
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

### 20. Inventories

None ☑
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re:  Primera Energy, LLC

Case No.  <u>15-51396</u>
(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Brian Alfaro<br>21022 Gathering Oak<br>San Antonio TX 78260 | Sole Member | 100% |

---

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Brian Alfaro<br>21022 Gathering Oak<br>San Antonio TX 78260 | various dates - Owner Draw | $840,913.58 |
| Brian Alfaro<br>21022 Gathering Oak<br>San Antonio TX 78260 | various dates. Salary | $1,050,000.00 |

---

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☐  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| American Funds | |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re.   Primera Energy, LLC

Case No   15-51396 _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____ 6 · 26 · 15 _____     Signature _____

**Brian K. Alfaro**
*Owner*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE.  Primera Energy, LLC

CASE NO  15-51396

CHAPTER  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept. | $16,000.00 |
| Prior to the filing of this statement I have received. | $4,000.00 |
| Balance Due: | $12,000.00 |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☐ Debtor          ☑ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement. together with a list of the names of the people sharing in the compensation. is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

6/26/15
Date

Dean W Greer
Dean W. Greer
2929 Mossrock, Suite 117
San Antonio, TX 78230
Phone: (210) 342-7100 / Fax: (210) 342-3633

Bar No. 08414100

Brian K. Alfaro
Owner

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Primera Energy, LLC | § | Case No.  15-51396 |
| | § | |
| Debtor(s) | § | Chapter  11 |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐  *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7

☑  *[Only include if petitioner is a corporation, partnership or limited liability company] --*
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date.  6-26-15

Brian K. Alfaro
Owner
Complete EIN: 20-2950313

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

Date.  6-26-15

Dean W. Greer, Attorney for Debtor