The terms of the Interim Order on Motion to Appoint a Chapter 11 Trustee (ECF No. 60) are not superseded by this order. This is a final order.

The relief described hereinbelow is SO ORDERED.

Signed July 09, 2015.



_____
Ronald B. King
Chief United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: § | |
| PRIMERA ENERGY, LLC, § | CHAPTER 11 CASE |
| DEBTOR § | |
| § | CASE NO. 15-51396-cag |
| § | |

## ORDER GRANTING MOTION TO APPOINT A CHAPTER 11 TRUSTEE

On this day came on to be considered the Motion of Frederick Patek, Geraldine Patek, Jim Gregory, Cal Curtner, Lisa Simpson, Jasper Campise, Karen Smith, William Crawford, Mike Covington, Marc Keese, Mike Mcpherson, Ed Mcpherson, Wesley Crow, Dieter Jansen, Quackenbush Petroleum, James Reiley, Betty Reiley, Rick Reiley, Greg Shilts, Jana Shilts, Vincent J. Gillette, Marjorie A. Gillette, Thomas J. Gillette, Edward A. Gillette, Sharon Walls And Buddy Walls and On Behalf of All Other Similarly Situated Investors Of Defendants' "Screaming Eagle", "Montague Legacy" And "Buda Well" Investments (collectively referred to as "**Investors**")**,** to Appoint a Chapter 11 Trustee (the "**Motion**"). After considering the Motion, the Court has determined that good and sufficient cause exists and the Motion should be granted. It is therefore

1

**ORDERED** that pursuant to 11 U.S.C. § 1104(d), the United States Trustee, after consultation with the parties in interest, shall appoint, subject to this Court's approval, one disinterested person to serve as Chapter 11 Trustee.

**IT IS SO ORDERED.**

# # #

Submitted by:

David S. Gragg
Natalie F. Wilson
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
Telephone: (210) 736-6600