# UNITED STATES BANKRUPTCY COURT

MOR-1

| | |
|---|---|
| CASE NAME: | Primera Energy, LLC |
| CASE NUMBER: | 15-51396-cag-11 |
| PROPOSED PLAN DATE: | |

| | |
|---|---|
| PETITION DATE: | 06/03/15 |
| DISTRICT OF TEXAS: | Western |
| DIVISION: | San Antonio |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| | MONTH | 6/3 - 6/30 | | | | YEAR 2015 |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT. DEPREC./TAX (MOR-6) | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE | | | | | | CHECK ONE |
|---|---|---|---|---|---|---|---|
| CASUALTY | ☐ YES ☐ NO | Unknown | Are all accounts receivable being collected within terms? | | | | ☐ Yes ☐ No |
| LIABILITY | ☐ YES ☐ NO | Unknown | Are all post-petition liabilities, including taxes, being paid within terms? | | | | ☐ Yes ☐ No |
| VEHICLE | ☐ YES ☐ NO | Unknown | Have any pre-petition liabilities been paid? | | | | ☐ Yes ☐ No |
| WORKERS | ☐ YES ☐ NO | Unknown | If so, describe | | | | |
| OTHER | ☐ YES ☐ NO | Unknown | Are all funds received being deposited into Debtor in Possession bank accounts? | | | | ☐ Yes ☐ No |
| | | | Were any assets disposed of outside the normal course of business? | | | | ☐ Yes ☐ No |
| | | | If so, describe | | | | |
| | | | Are all U.S. Trustee Quarterly Fee Payments current? | | | | ☐ Yes ☐ No |
| | | | What is the status of your Plan of Reorganization? | | | | |

| | | |
|---|---|---|
| ATTORNEY NAME: | Jason Searcy, Ch. 11 Trustee | |
| FIRM NAME: | Searcy & Searcy | |
| ADDRESS: | P.O. Box 3929 | |
| | Longview, TX 75606 | |
| CITY, STATE, ZIP: | | |
| TELEPHONE/FAX: | 903-757-3399 / 903-757-9559 | |
| | jsearcy@jrsearcylaw.com | |

MOR-1

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _[signature]_
(ORIGINAL SIGNATURE)

_Jason R. Searcy_ TITLE: _Ch. 11 Trustee_
(PRINT NAME OF SIGNATORY)

DATE _8/21/15_

DATE Revised 11/08/05

| UST USE ONLY | |
|---|---|
| INITIALS | |
| DATE | |

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Report.

CASE NAME:  Primera Energy, LLC
CASE NUMBER: 15-51396-cag-11
Schedules filed 6-26-15
Chapter 11 Trustee appointed 7-13-15

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 6/3/15 | MONTH 6/3-6/30/15 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash / Financial Accounts | Unknown | 449,538.74 | | | | | |
| Accounts Receivable, Net | Unknown | 1,421,390.98 | | | | | |
| Inventory: Lower of Cost or Market | Unknown | 8,920,589.21 | | | | | |
| Prepaid Expenses | Unknown | Unknown | | | | | |
| Investments - Interests in Ventures | Unknown | 623,700.00 | | | | | |
| Other | Unknown | Unknown | | | | | |
| TOTAL CURRENT ASSETS | Unknown | 11,415,218.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | Unknown | 2,795,530.00 | | | | | |
| Less Accumulated Depreciation | Unknown | Unknown | | | | | |
| NET BOOK VALUE OF PP & E | Unknown | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | Unknown | Unknown | | | | | |
| 2. Investments in Subsidiaries | Unknown | Unknown | | | | | |
| 3. Electric Deposit - CPS Energy Utility | Unknown | 1,480.00 | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | Unknown | Unknown | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-2

* Per Schedules and Statement of Affairs

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

Revised 1/08/05

CASE NAME: Primera Energy, LLC
CASE NUMBER: 15-51396-cag-11

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 6/3/15 | MONTH 6/3-6/30/15 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | | | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | Unknown | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES | Unknown | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| TOTAL OWNERS EQUITY (NET WORTH) | Unknown | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | Unknown | Unknown | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 11/08/05

Amounts listed are taken directly from Debtor's Schedules and Statement of Affairs filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

CASE NAME:   Primera Energy, LLC
CASE NUMBER:  15-51396-cag-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 6/3-6/30/15 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | Unknown | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

Revised 11/08/05

CASE NAME: Primera Energy, LLC
CASE NUMBER: 15-51396-cag-11

## AGING OF POST-PETITION LIABILITIES
### MONTH 6/3-6/30/15

| DAYS | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES |
|------|----------------|---------------|-------------|-------------------------|
| 0-30 | 0.00 | | | |
| 31-60 | 0.00 | | | |
| 61-90 | 0.00 | | | |
| 91+ | 0.00 | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| Unknown | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | MONTH |
|-------|---|---|---|-------|
| 0-30 DAYS | | | | |
| 31-60 DAYS | | | | |
| 61-90 DAYS | | | | |
| 91+ DAYS | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| Unknown | | | | |

MOR-5

*Revised 11/08/05*

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

CASE NAME:  Primera Energy, LLC
CASE NUMBER: 15-51396-cag-11

## STATEMENT OF INCOME (LOSS)

| | MONTH 6/3-6/30/15 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | Unknown | | | | | | 0.00 |
| TOTAL COST OF REVENUES | | | | | | | 0.00 |
| GROSS PROFIT | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | | | | | | | 0.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | #VALUE! | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | Unknown | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 11/05/05

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

CASE NAME: Primera Energy, LLC
CASE NUMBER: 15-51396-cag-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 6/1-6/30/15 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $406,588.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $406,588.79 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) | | | | | | | |
| TOTAL RECEIPTS** | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | Unknown | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | Unknown | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | Unknown | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | Unknown | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | Unknown | | | | | | 0.00 |
| 12. INSURANCE | Unknown | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | Unknown | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | Unknown | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | Unknown | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | Unknown | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | Unknown | | | | | | 0.00 |
| 18. ADEQUATE PROTECTION PAYMENT(S) | Unknown | | | | | | 0.00 |
| 19. OTHER (attach list) | Unknown | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH-END OF MONTH (MOR-2) | $397,056.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $397,056.11 |

MOR-7

Revised 11/08/05

*Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

CASE NAME:  Primera Energy, LLC
CASE NUMBER:  15-51396-cag-11

## CASH ACCOUNT RECONCILIATION
## MONTH OF  6/3-6/30/15

| BANK NAME | RBFCU | RBFCU | RBFCU | RBFCU | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 192425160 | 192425834 | 192425142 | 192425357 | |
| ACCOUNT TYPE | OPERATING | PAYROLL | SAVINGS | Screaming Eagle 3H | TOTAL |
| BANK BALANCE | 75,415.21 | 25,043.85 | 1.00 | 272.00 | $100,732.06 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $2,984.76 | $2,121.03 | $1.00 | $272.01 | $5,378.80 |
| BEGINNING CASH - PER BOOKS | | | | | $0.00 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | Unknown | Unknown | Unknown | Unknown | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR  MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | Unknown | Unknown | Unknown | Unknown | $0.00 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

Revised 1/08/05

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

CASE NAME: Primera Energy, LLC
CASE NUMBER: 15-51396-cag-11

## CASH ACCOUNT RECONCILIATION
## MONTH OF 6/3-6/30/15

| | | | | | |
|---|---|---|---|---|---|
| BANK NAME | RBFCU | RBFCU | RBFCU | RBFCU | |
| ACCOUNT NUMBER | 192425489 | 192425656 | 192425759 | 192426073 | |
| ACCOUNT TYPE | *Screaming Eagle 4H* | *Screaming Eagle 6H* | *REVENUE* | *Buda Black Hawk #1* | *TOTAL* |
| BANK BALANCE | 16,029.65 | 1.05 | 289,823.89 | 2.14 | $305,856.73 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $10,030.09 | $1.05 | $304,065.88 | $77,580.29 | $391,677.31 |
| BEGINNING CASH - PER BOOKS | | | | | $0.00 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | Unknown | Unknown | Unknown | Unknown | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | Unknown | Unknown | Unknown | Unknown | $0.00 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 1/08/05*

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

# PAYMENTS TO INSIDERS AND PROFESSIONALS

CASE NAME:     Primera Energy, LLC
CASE NUMBER:   15-51396-cag-11

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary)

| INSIDERS: NAME/COMP TYPE | MONTH 6/3-6/30/15 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | Unknown | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 6/3-6/30/15 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | Unknown | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

*Revised 11/08/05*

B6A (Official Form 6A) (12/07)

In re  Primera Energy, LLC

Case No.  <u>15-51396</u>
(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| 21022 Gathering Oak Bldg 2, San Antonio TX 78260 NCB 19216 BLK 11 LOT 17 Building/Land | Fee Simple | $1,028,190.00 | $975,082.31 |
| McMullen County Property 285 Acre lease in McMullen County (Value is original purchase price) | Fee Simple | $855,000.00 | $0.00 |
| Gonzalez County Property 380 Acres in Gonzalez County (Value is purchase price) | Fee Simple | $874,000.00 | $0.00 |
| | | Total: $2,757,190.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Primera Energy, LLC**                                              Case No.   **15-51396**
                                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | RBFCU<br>Black Hawk #1 **6073 | $77,577.14 |
| | | RBFCU<br>Primera Operating Account **5160 | $27,688.08 |
| | | RBFCU<br>Primera P/R Account Checking **5834 | $27,759.34 |
| | | RBFCU<br>Revenue Distribution Account **5759 | $306,210.48 |
| | | RBFCU<br>SE #6H **5656 | $1.05 |
| | | RBFCU<br>Primera SE #3H **5357 | $272.00 |
| | | Primera SE #4H **5469 | $10,029.65 |
| | | RBFCU - Savings Account **5142 | $1.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | CPS Energy Utility deposit | $1,480.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Primera Energy, LLC

Case No.  15-51396
(if known)

## SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 1

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Primera Montague Legacy 2H 2.05 out of 10 units $16,800.00 The Primera Screaming Eagle 2H 7.845 out of 100 units $168,000.00 The Primera Screaming Eagle 3H 9315 out of 100 units $378,000.00 | $623,700.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Primera Energy, LLC

Case No. ___15-51396___
(if known)

## SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 2

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | The Primera Screaming Eagle 4H 1.898 out of 100 units $46,200.00 Brushy Creek V Joint Venture Working Interest $6,300.00 Brushy Creek IV Prospect Joint Venture Working Interest $4,200.00 Brushy Creek VI JV Working Interest $4,200.00 | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Black Hawk #1 Investor #1  65,150.88 Investor #2 162,877.20 Investor #3  35,339.92 Investor #4  46,491.23 Investor #5  17,669.96 Investor #6  15,143.96 Investor #7  32,575.44 Investor #8  32,575.44 Investor #9  16,287.72 Investor #10  17,669.96 Investor #11  71,491.23 Investor #12   8,143.86 Investor #13 477,912.30 Investor #14   8,143.96 Wails, Sharon  70,680.23 Investor #16  32,575.44 | | $1,110,728.73 |
| | | Screaming Eagle 6H Investor #1   9,757.00 Investor #2   5,196.50 Investor #3   9,022.25 Investor #4  26,044.50 Investor #5 146,800.00 | | $310,662.25 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Primera Energy, LLC                                    Case No.  15-51396

_____                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Investor #6        11,666.00 | | |
| | | Investor #7   9,196.50 | | |
| | | Investor #8  10,757.00 | | |
| | | Investor #9  19,953.50 | | |
| | | Investor #10  43,028.00 | | |
| | | Investor #11  19,241.00 | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Primera Energy, LLC**

Case No.  **15-51396**

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Not provided per regulation | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Please See Attached | $38,340.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | | 49.62 Limits in Screaming Eagle #6H @ $108,964.00 per unit | $5,406,793.68 |
| | | 10.00 Units in Screaming Eagle #6H @ $108,694.00 retained by Debtor which could be sold | $1,089,640.00 |
| | | 18.12 Units in Buda Blackhawk #1 @$96,491.00 per unit | $1,748,416.92 |
| | | 7 Units in Buda Blackhawk @ $96491.00 per unit retained by Debtor which could be sold | $675,738.61 |

Primera Energy- Furniture, Fixture and Equipment List

| Office | Item | Cost per Item | Note |
|---|---|---|---|
| Geologist Office | Desk | $ 200.00 | |
| | Computer | $ 400.00 | |
| | Filing Cabinet | $ 100.00 | |
| | Chair | $ 50.00 | |
| | Black Filing Cabinet | $ 20.00 | |
| | Shelf | $ 30.00 | |
| Accounting Asst Office | Desk | $ 200.00 | |
| | Computer X2 | $ 400.00 | |
| | Filing Cabinet | $ 100.00 | |
| | Chair | $ 50.00 | |
| | Chair | $ 100.00 | |
| | Wood Cabinet | $ 30.00 | |
| | Paper Shredder | $ 20.00 | |
| | Printer | $ 50.00 | |
| | Floor Lamp | $ 30.00 | |
| Corporate CPA Office | Desk | $ 200.00 | |
| | Computer X 2 | $ 400.00 | |
| | Filing Cabinet X 2 | $ 100.00 | |
| | Printer | $ 50.00 | |
| | Chair | $ 100.00 | |
| | Bookshelf | $ 60.00 | |
| | Paper Shredder | $ 20.00 | |
| Reception Area | Desk | $ 500.00 | |
| | Chair | $ 50.00 | |
| | Credenza | $ 75.00 | |
| | Computer | $ 400.00 | |
| | Couch | $ 300.00 | |
| | Floor Lamp | $ 30.00 | |
| Executive Asst Office | Desk | $ 200.00 | |
| | Credenza | $ 75.00 | |
| | File Cabinet | $ 100.00 | |
| | Chair X 3 | $ 150.00 | |
| | Computer X 4 | $ 1,200.00 | |
| | Printer X 3 | $ 300.00 | |
| Postage Room | Chair X 8 | $ 400.00 | |
| | Bookshelf | $ 60.00 | |
| | Wire Rack | $ 20.00 | |

|  | Small Table | $ | 10.00 |
| --- | --- | --- | --- |
| Work Room | Xerox Printer | $ | 6,000.00 |
|  | Table | $ | 200.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Filing Cabinets X 5 | $ | 500.00 |
|  | Plastic table | $ | 20.00 |
|  | Paper Shredder | $ | 20.00 |
|  | Fax Machine | $ | 100.00 |
|  | Hole Punch/Spiral Machine | $ | 1,000.00 |
| Corporate Attorney Office | Desk | $ | 200.00 |
|  | Computer | $ | 400.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Couch | $ | 300.00 |
|  | Television | $ | 400.00 |
|  | Filing Cabinet | $ | 100.00 |
|  | Credenza | $ | 100.00 |
|  | Microwave | $ | 20.00 |
|  | Refrigerator | $ | 100.00 |
| Kitchen | Table and chairs | $ | 800.00 |
|  | Refrigerator | $ | 1,000.00 |
|  | Credenza | $ | 40.00 |
|  | Coffee Maker | $ | 300.00 |
|  | Microwave | $ | 30.00 |
| Conference Room | Table | $ | 3,000.00 |
|  | 10 Chairs | $ | 1,000.00 |
|  | Credenza | $ | 150.00 |
|  | DVD Player | $ | 40.00 |
|  | Television | $ | 400.00 |
| Office 1 | Computer | $ | 400.00 |
|  | Desk | $ | 200.00 |
|  | Chair X 3 | $ | 150.00 |
| Reception Area | Desk | $ | 1,000.00 |
|  | Computer | $ | 400.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Table X3 | $ | 300.00 |
|  | Lamp X 2 | $ | 100.00 |
|  | Printer | $ | 50.00 |
|  | Credenza | $ | 200.00 |
|  | Filing Cabinet | $ | 100.00 |
|  | Couch | $ | 500.00 |

|  | Paper Shredder | $ | 30.00 |
| --- | --- | --- | --- |
| Office 2 | Desk | $ | 200.00 |
|  | Credenza X 2 | $ | 200.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Television | $ | 400.00 |
|  | File Cabinet | $ | 100.00 |
|  | Chair with Ottoman | $ | 300.00 |
|  | Refrigerator | $ | 100.00 |
| Office 3 | Desk | $ | 200.00 |
|  | Credenza | $ | 100.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Television | $ | 400.00 |
|  | Computer | $ | 400.00 |
|  | Lamp | $ | 30.00 |
|  | Refrigerator | $ | 100.00 |
|  | Bookshelf | $ | 100.00 |
|  | Small Table | $ | 30.00 |
| Office 4 | Chair | $ | 50.00 |
|  | Desk | $ | 200.00 |
|  | Credenza | $ | 100.00 |
|  | Computer | $ | 400.00 |
|  | Computer Chair | $ | 50.00 |
|  | Lamp X 2 | $ | 60.00 |
| Office 5 | Credenza | $ | 100.00 |
|  | Bookshelf | $ | 100.00 |
|  | Desk | $ | 20.00 |
|  | Chair | $ | 50.00 |
|  | Couch | $ | 200.00 |
|  | Lamp X 2 | $ | 60.00 |
|  | Small Table | $ | 30.00 |
| Office 6 | Chair X 2 | $ | 100.00 |
|  | Credenza | $ | 100.00 |
|  | Lamp | $ | 30.00 |
|  | Desk | $ | 200.00 |
|  | Computer | $ | 400.00 |
|  | Small Table | $ | 30.00 |
| Office 7 | Credenza | $ | 100.00 |
|  | Chair X 2 | $ | 100.00 |
|  | Desk | $ | 200.00 |
|  | Computer | $ | 400.00 |

| Office 8 | Chair X 2 | $ | 100.00 |
| | Desk | $ | 200.00 |
| | Credenza | $ | 100.00 |
| | Computer | $ | 400.00 |
| | Lamp | $ | 30.00 |
| BullPen | Credenza X 2 | $ | 200.00 |
| | Lamp X 2 | $ | 60.00 |
| | Television X 4 | $ | 1,600.00 |
| | Computer X 4 | $ | 1,600.00 |
| | Printer | $ | 150.00 |
| | Chair X 8 | $ | 400.00 |
| | Bookshelf | $ | 300.00 |
| | Table | $ | 100.00 |
| | Fireplace Heater | $ | 300.00 |
| | Mirror | $ | 50.00 |
| | Clock | $ | 30.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Primera Energy, LLC**                                    Case No.  **15-51396**
                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest In Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Claim against Tejas Tubular Products, Inc. for damages from 2 separate occurrences involving failure of a coupling and case pipe manufactured by defendant on Screaming Eagle A #3H | Unknown |
| | | Claim against Brennan and Short and N Zone for damages incurred in drilling on the Screaming 6H | Unknown |

_____5_____ continuation sheets attached          Total >      **$11,455,038.93**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)