MOR-1

CASE NAME: Primera Energy, LLC
CASE NUMBER: 15-51396-cag-11
PROPOSED PLAN DATE: _____

# UNITED STATES BANKRUPTCY COURT

PETITION DATE: 06/03/15
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| | MONTH | | 7/1 - 7/31 | YEAR 2015 | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | Unknown | | 66,125.27 | 66,125.27 | 0.00 | 0.00 |
| INCOME BEFORE INT/DEPREC/TAX (MOR-6) | Unknown | 0.00 | 66,125.27 | 66,125.27 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | Unknown | | 66,125.27 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | Unknown | | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | Unknown | Unknown | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | Unknown | Unknown | 2,228.85 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

### REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE

| | | | EXP. DATE |
|---|---|---|---|
| CASUALTY | ☐ YES | ☐ NO | Unknown |
| LIABILITY | ☐ YES | ☐ NO | Unknown |
| VEHICLE | ☐ YES | ☐ NO | Unknown |
| WORKERS | ☐ YES | ☐ NO | Unknown |
| OTHER | ☐ YES | ☐ NO | Unknown |

| | CHECK ONE |
|---|---|
| Are all accounts receivable being collected within terms? | ☐ Yes ☐ No |
| Are all post-petition liabilities, including taxes, being paid within terms? | ☐ Yes ☐ No |
| Have all tax returns and other required government filings been timely paid? | ☐ Yes ☐ No |
| Have any pre-petition liabilities been paid? | ☐ Yes ☐ No |
| If so, describe | |
| Are all funds received being deposited into Debtor in Possession bank accounts? | ☐ Yes ☐ No |
| Were any assets disposed of outside the normal course of business? | ☐ Yes ☐ No |
| If so, describe | |
| Are all U.S. Trustee Quarterly Fee Payments current? | ☐ Yes ☐ No |
| What is the status of your Plan of Reorganization? | |

ATTORNEY NAME: Jason Searcy, Ch. 11 Trustee
FIRM NAME: Searcy & Searcy
ADDRESS: P.O. Box 3929
CITY, STATE, ZIP: Longview, TX 75606
TELEPHONE/FAX: 903-757-3399 / 903-757-9559
jsearcy@jrsearcylaw.com

INITIALS _____
DATE _____
UST USE ONLY

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ (ORIGINAL SIGNATURE)
TITLE: Ch. 11 Trustee
Jason R. Searcy (PRINT NAME OF SIGNATORY)
DATE 8/21/15

MOR-1 Revised 11/08/05

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Report.

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 6/3/15 | MONTH 6/3-6/30/15 | MONTH 7/1-7/12/15 | MONTH 7/13-7/31/15 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash /Financial Accounts | Unknown | 449,538.74 | Unknown | 460,952.53 | | | |
| Accounts Receivable, Net | Unknown | 1,421,390.98 | Unknown | | | | |
| Inventory: Lower of Cost or Market | Unknown | 8,920,589.21 | Unknown | | | | |
| Prepaid Expenses | Unknown | Unknown | Unknown | | | | |
| Investments – Interests in Ventures | Unknown | 623,700.00 | Unknown | | | | |
| Other | Unknown | Unknown | Unknown | | | | |
| TOTAL CURRENT ASSETS | Unknown | 11,415,218.93 | Unknown | Unknown | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | Unknown | 2,795,530.00 | Unknown | | | | |
| Less Accumulated Depreciation | Unknown | Unknown | Unknown | | | | |
| NET BOOK VALUE OF PP & E | Unknown | Unknown | Unknown | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | Unknown | Unknown | Unknown | | | | |
| 2. Investments in Subsidiaries | Unknown | Unknown | Unknown | | | | |
| 3. Electric Deposit - CPS Energy Utility | Unknown | 1,480.00 | | 0.00 | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | Unknown | Unknown | Unknown | Unknown | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-2**

Amounts listed are taken directly from Debtor's Schedules and Statement of Affairs filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

*Revised 11/08/05*

CASE NAME: Primera Energy, LLC
CASE NUMBER: 15-51396-cag-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 6/3/15 | MONTH 6/3-6/30/15 | MONTH 7/1-7/31/15 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | | | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | Unknown | Unknown | Unknown | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES | Unknown | Unknown | Unknown | 0.00 | 0.00 | 0.00 | 0.00 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | Unknown | Unknown | Unknown | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | Unknown | Unknown | Unknown | $0.00 | $0.00 | $0.00 | $0.00 |

*Per Schedules and Statement of Affairs

MOR-3

Revised 11/08/05

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

CASE NAME: Primera Energy, LLC
CASE NUMBER: 15-51396-cag-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 6/3-6/30/15 | MONTH 7/1-7/31/15 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | Unknown | Unknown | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | Unknown | Unknown | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

*Revised 1/08/05*

## AGING OF POST-PETITION LIABILITIES

### MONTH
7/1-7/31/15

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|------|-------|----------------|---------------|-------------|-------------------------|-------|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Unknown | | | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | |
|-------|---|---|
| 0-30 DAYS | | |
| 31-60 DAYS | | |
| 61-90 DAYS | | |
| 91+ DAYS | | |
| TOTAL | $0.00 | |
| Unknown | | |

**MOR-5**

*Revised 11/08/05*

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

**CASE NAME:** Primera Energy, LLC

**CASE NUMBER:** 15-51396-cag-11

## STATEMENT OF INCOME (LOSS)

| | MONTH 6/3-6/30/15 | MONTH 7/1-7/12/15 | MONTH 7/13-7/31/15 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-3) | Unknown | Unknown | 66,125.27 | | | | 66,125.27 |
| TOTAL COST OF REVENUES | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GROSS PROFIT | Unknown | Unknown | 66,125.27 | 0.00 | 0.00 | 0.00 | 66,125.27 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | | | | | | | 0.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR,TAX (MOR-3) | 0.00 | 0.00 | 66,125.27 | 0.00 | 0.00 | 0.00 | 66,125.27 |
| INTEREST EXPENSE | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | Unknown | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 0.00 | #VALUE! | 66,125.27 | 0.00 | 0.00 | 0.00 | 66,125.27 |
| FEDERAL INCOME TAXES | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-3) | Unknown | Unknown | $66,125.27 | $0.00 | $0.00 | $0.00 | $66,125.27 |

* Footnote Mandatory.
* * Unusual and/or infrequent item(s) outside the ordinary course of business require footnote.

Accrual Accounting Required. Otherwise Footnote with Explanation

**MOR-6**

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

Revised 11/03/05

CASE NAME:  Primera Energy, LLC
CASE NUMBER: 15-51396-cag-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 6/3-6/30/15 | MONTH 7/1-7/12/15 | MONTH 7/13-7/31/15 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $406,588.79 | $397,056.11 | $0.00 | | | | $803,644.90 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | Unknown | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | Unknown | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | Unknown | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | Unknown | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | Unknown | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | Unknown | | | | | | 0.00 |
| 12. INSURANCE | Unknown | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | Unknown | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | Unknown | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | Unknown | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | Unknown | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | Unknown | | | | | | 0.00 |
| 18. ADEQUATE PROTECTION PAYMENT(S) | Unknown | | | | | | 0.00 |
| 19. OTHER (attach list) | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 19. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 20. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | Unknown | 2,228.85 | 66,127.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | Unknown | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH – END OF MONTH (MOR-2) | $397,056.11 | $397,056.11 | $66,127.27 | $0.00 | $0.00 | $0.00 | $858,008.64 |

MOR-7

*   Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 11/08/05

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.
Disbursements shown in the amount of $2,228.85 are unknown. Trustee is unable to substantiate what disbursements were made.

## CASH ACCOUNT RECONCILIATION
### MONTH OF 7/1-7/31/15

| | RBFCU | RBFCU | RBFCU | RBFCU | TOTAL |
|---|---|---|---|---|---|
| BANK NAME | RBFCU | RBFCU | RBFCU | RBFCU | |
| ACCOUNT NUMBER | 192425160 | 192425834 | 192425142 | 192425357 | |
| ACCOUNT TYPE | *OPERATING* | *PAYROLL* | *SAVINGS* | *Screaming Eagle 3H* | *TOTAL* |
| BANK BALANCE | 2,984.76 | 2,121.03 | 1.00 | 272.00 | $5,378.79 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | | | | | $0.00 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | Unknown | Unknown | Unknown | Unknown | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 11/08/05*

All remaining account funds from RBFCU were wired directly to the Trustee on 7-27-15. Accounts are closed.

# CASH ACCOUNT RECONCILIATION
## MONTH OF 7/1-7/31/15

| | | | | | |
|---|---|---|---|---|---|
| BANK NAME | RBFCU | RBFCU | RBFCU | RBFCU | |
| ACCOUNT NUMBER | 19242S469 | 192425656 | 192425759 | 192426073 | |
| ACCOUNT TYPE | *Screaming Eagle 4H* | *Screaming Eagle 6H* | *REVENUE* | *Buda Black Hawk #1* | *TOTAL* |
| BANK BALANCE | 10,030.09 | 1.05 | 304,065.88 | 77,580.29 | $391,677.31 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | | | | | $0.00 |
| RECEIPTS* | Unknown | Unknown | Unknown | Unknown | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | Unknown | Unknown | Unknown | Unknown | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 11/08/05*

All remaining account funds from RBFCU were wired directly to the Trustee on 7-27-15. Accounts are closed.

# CASH ACCOUNT RECONCILIATION
## MONTH OF __7/1-7/31/15__

| | Wells Fargo Bank | Wells Fargo Bank | Wells Fargo Bank | |
|---|---|---|---|---|
| BANK NAME | Wells Fargo Bank | Wells Fargo Bank | Wells Fargo Bank | |
| ACCOUNT NUMBER | 5604539337 | 3293387225 | 5604539238 | |
| ACCOUNT TYPE | OPERATING | SAVINGS | OPERATING | TOTAL |
| BANK BALANCE - Opening | 25.00 | 25.00 | 50.00 | $100.00 |
| DEPOSITS IN TRANSIT | | | | $0.00 |
| OUTSTANDING CHECKS | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | | | 0.00 | $0.00 |
| RECEIPTS* | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR  MFR-2 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

**Trustee demanded turnover of funds from Wells Fargo Bank, all accounts were $0.00. Accounts are closed.**

Revised 11/08/05

## CASH ACCOUNT RECONCILIATION
## MONTH OF ___7/27-7/31/15___

| | Texas Bank and Trust | Texas Bank and Trust | Texas Bank and Trust | TOTAL |
|---|---|---|---|---|
| BANK NAME | | | | |
| ACCOUNT NUMBER | 568686 | | | |
| ACCOUNT TYPE | OPERATING | | | |
| BANK BALANCE | 460,952.53 | 0.00 | 0.00 | $460,952.53 |
| DEPOSITS IN TRANSIT | | | | $0.00 |
| OUTSTANDING CHECKS | | | | $0.00 |
| ADJUSTED BANK BALANCE | $460,952.53 | $0.00 | $0.00 | $460,952.53 |
| BEGINNING CASH - PER BOOKS | | | | $0.00 |
| RECEIPTS* | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | $0.00 |
| ENDING CASH - PER BOOKS | $460,952.53 | $0.00 | $0.00 | $460,952.53 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

Revised 11/08/05

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(3)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary)

| INSIDERS: NAME/COMP TYPE | MONTH 6/3-6/30/15 | MONTH 7/1-7/31/15 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | Unknown | Unknown | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 6/3-6/30/15 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | Unknown | Unknown | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

Revised 11/08/05

Amounts listed are taken directly from Debtor's Schedules filed on 6-26-15. Trustee can not represent the validity or reliability of any amounts reflected on this Balance Sheet.

B6A (Official Form 6A) (12/07)

In re  Primera Energy, LLC

Case No.  15-51396
(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| 21022 Gathering Oak Bldg 2, San Antonio TX 78260 NCB 19216 BLK 11 LOT 17 Building/Land | Fee Simple | $1,028,190.00 | $975,082.31 |
| McMullen County Property 285 Acre lease in McMullen County (Value is original purchase price) | Fee Simple | $855,000.00 | $0.00 |
| Gonzalez County Property 380 Acres in Gonzalez County (Value is purchase price) | Fee Simple | $874,000.00 | $0.00 |
| | | Total: $2,757,190.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Primera Energy, LLC**                                        Case No.   15-51396
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | RBFCU<br>Black Hawk #1 **6073 | $77,577.14 |
| | | RBFCU<br>Primera Operating Account **5160 | $27,688.08 |
| | | RBFCU<br>Primera P/R Account Checking **5834 | $27,759.34 |
| | | RBFCU<br>Revenue Distribution Account **5759 | $306,210.48 |
| | | RBFCU<br>SE #6H **5656 | $1.05 |
| | | RBFCU<br>Primera SE #3H **5357 | $272.00 |
| | | Primera SE #4H **5469 | $10,029.65 |
| | | RBFCU - Savings Account **5142 | $1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | CPS Energy Utility deposit | $1,480.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Primera Energy, LLC

Case No.  15-51396
(if known)

## SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 1

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Primera Montague Legacy 2H 2.05 out of 10 units $16,800.00<br>The Primera Screaming Eagle 2H 7.845 out of 100 units $168,000.00<br>The Primera Screaming Eagle 3H 9315 out of 100 units $378,000.00 | $623,700.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Primera Energy, LLC

Case No.  15-51396
(if known)

## SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 2

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | The Primera Screaming Eagle 4H 1.898 out of 100 units $46,200.00 Brushy Creek V Joint Venture Working Interest $6,300.00 Brushy Creek IV Prospect Joint Venture Working Interest $4,200.00 Brushy Creek VI JV Working Interest   $4,200.00 | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable Instruments. | X | | | |
| 16. Accounts receivable. | | Black Hawk #1 Investor #1  65,150.88 Investor #2162,877.20 Investor #3  35,339.92 Investor #4  46,491.23 Investor #5  17,669.96 Investor #6  15,143.96 Investor #7  32,575.44 Investor #8  32,575.44 Investor #9  16,287.72 Investor #10  17,669.96 Investor #11  71,491.23 Investor #12   8,143.86 Investor #13477,912.30 Investor #14   8,143.96 Walls, Sharon  70,680.23 Investor #16 32,575.44 | | $1,110,728.73 |
| | | Screaming Eagle 6H Investor #1   9,757.00 Investor #2   5,196.50 Investor #3   9,022.25 Investor #4  26,044.50 Investor #5146,800.00 | | $310,662.25 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Primera Energy, LLC**                                    Case No.  15-51396
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Investor #6        11,666.00 | | |
| | | Investor #7    9,196.50 | | |
| | | Investor #8  10,757.00 | | |
| | | Investor #9  19,953.50 | | |
| | | Investor #10  43,026.00 | | |
| | | Investor #11  19,241.00 | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Primera Energy, LLC**                                Case No.    15-51396
                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Not provided per regulation | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Please See Attached | $38,340.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | | 49.62 Limits in Screaming Eagle #6H @ $108,964.00 per unit | $5,406,793.68 |
| | | 10.00 Units in Screaming Eagle #6H @ $108,694.00 retained by Debtor which could be sold | $1,089,640.00 |
| | | 18.12 Units in Buda Blackhawk #1 @$96,491.00 per unit | $1,748,416.92 |
| | | 7 Units in Buda Blackhawk @ $96491.00 per unit retained by Debtor which could be sold | $675,738.61 |

Primera Energy- Furniture, Fixture and Equipment List

| Office | Item | Cost per Item | Note |
|---|---|---|---|
| Geologist Office | Desk | $ 200.00 | |
| | Computer | $ 400.00 | |
| | Filing Cabinet | $ 100.00 | |
| | Chair | $ 50.00 | |
| | Black Filing Cabinet | $ 20.00 | |
| | Shelf | $ 30.00 | |
| Accounting Asst Office | Desk | $ 200.00 | |
| | Computer X2 | $ 400.00 | |
| | Filing Cabinet | $ 100.00 | |
| | Chair | $ 50.00 | |
| | Chair | $ 100.00 | |
| | Wood Cabinet | $ 30.00 | |
| | Paper Shredder | $ 20.00 | |
| | Printer | $ 50.00 | |
| | Floor Lamp | $ 30.00 | |
| Corporate CPA Office | Desk | $ 200.00 | |
| | Computer X 2 | $ 400.00 | |
| | Filing Cabinet X 2 | $ 100.00 | |
| | Printer | $ 50.00 | |
| | Chair | $ 100.00 | |
| | Bookshelf | $ 60.00 | |
| | Paper Shredder | $ 20.00 | |
| Reception Area | Desk | $ 500.00 | |
| | Chair | $ 50.00 | |
| | Credenza | $ 75.00 | |
| | Computer | $ 400.00 | |
| | Couch | $ 300.00 | |
| | Floor Lamp | $ 30.00 | |
| Executive Asst Office | Desk | $ 200.00 | |
| | Credenza | $ 75.00 | |
| | File Cabinet | $ 100.00 | |
| | Chair X 3 | $ 150.00 | |
| | Computer X 4 | $ 1,200.00 | |
| | Printer X 3 | $ 300.00 | |
| Postage Room | Chair X 8 | $ 400.00 | |
| | Bookshelf | $ 60.00 | |
| | Wire Rack | $ 20.00 | |

|  | Small Table | $ | 10.00 |
|---|---|---|---|
| **Work Room** | Xerox Printer | $ | 6,000.00 |
|  | Table | $ | 200.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Filing Cabinets X 5 | $ | 500.00 |
|  | Plastic table | $ | 20.00 |
|  | Paper Shredder | $ | 20.00 |
|  | Fax Machine | $ | 100.00 |
|  | Hole Punch/Spiral Machine | $ | 1,000.00 |
| **Corporate Attorney Office** | Desk | $ | 200.00 |
|  | Computer | $ | 400.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Couch | $ | 300.00 |
|  | Television | $ | 400.00 |
|  | Filing Cabinet | $ | 100.00 |
|  | Credenza | $ | 100.00 |
|  | Microwave | $ | 20.00 |
|  | Refrigerator | $ | 100.00 |
| **Kitchen** | Table and chairs | $ | 800.00 |
|  | Refrigerator | $ | 1,000.00 |
|  | Credenza | $ | 40.00 |
|  | Coffee Maker | $ | 300.00 |
|  | Microwave | $ | 30.00 |
| **Conference Room** | Table | $ | 3,000.00 |
|  | 10 Chairs | $ | 1,000.00 |
|  | Credenza | $ | 150.00 |
|  | DVD Player | $ | 40.00 |
|  | Television | $ | 400.00 |
| **Office 1** | Computer | $ | 400.00 |
|  | Desk | $ | 200.00 |
|  | Chair X 3 | $ | 150.00 |
| **Reception Area** | Desk | $ | 1,000.00 |
|  | Computer | $ | 400.00 |
|  | Chair X 3 | $ | 150.00 |
|  | Table X3 | $ | 300.00 |
|  | Lamp X 2 | $ | 100.00 |
|  | Printer | $ | 50.00 |
|  | Credenza | $ | 200.00 |
|  | Filing Cabinet | $ | 100.00 |
|  | Couch | $ | 500.00 |

|          | Paper Shredder    | $ | 30.00  |
|----------|-------------------|---|--------|
| Office 2 | Desk              | $ | 200.00 |
|          | Credenza X 2      | $ | 200.00 |
|          | Chair X 3         | $ | 150.00 |
|          | Television        | $ | 400.00 |
|          | File Cabinet      | $ | 100.00 |
|          | Chair with Ottoman| $ | 300.00 |
|          | Refrigerator      | $ | 100.00 |
| Office 3 | Desk              | $ | 200.00 |
|          | Credenza          | $ | 100.00 |
|          | Chair X 3         | $ | 150.00 |
|          | Television        | $ | 400.00 |
|          | Computer          | $ | 400.00 |
|          | Lamp              | $ | 30.00  |
|          | Refrigerator      | $ | 100.00 |
|          | Bookshelf         | $ | 100.00 |
|          | Small Table       | $ | 30.00  |
| Office 4 | Chair             | $ | 50.00  |
|          | Desk              | $ | 200.00 |
|          | Credenza          | $ | 100.00 |
|          | Computer          | $ | 400.00 |
|          | Computer Chair    | $ | 50.00  |
|          | Lamp X 2          | $ | 60.00  |
| Office 5 | Credenza          | $ | 100.00 |
|          | Bookshelf         | $ | 100.00 |
|          | Desk              | $ | 20.00  |
|          | Chair             | $ | 50.00  |
|          | Couch             | $ | 200.00 |
|          | Lamp X 2          | $ | 60.00  |
|          | Small Table       | $ | 30.00  |
| Office 6 | Chair X 2         | $ | 100.00 |
|          | Credenza          | $ | 100.00 |
|          | Lamp              | $ | 30.00  |
|          | Desk              | $ | 200.00 |
|          | Computer          | $ | 400.00 |
|          | Small Table       | $ | 30.00  |
| Office 7 | Credenza          | $ | 100.00 |
|          | Chair X 2         | $ | 100.00 |
|          | Desk              | $ | 200.00 |
|          | Computer          | $ | 400.00 |

| Office 8 | Chair X 2 | $ | 100.00 |
| | Desk | $ | 200.00 |
| | Credenza | $ | 100.00 |
| | Computer | $ | 400.00 |
| | Lamp | $ | 30.00 |
| BullPen | Credenza X 2 | $ | 200.00 |
| | Lamp X 2 | $ | 60.00 |
| | Television X 4 | $ | 1,600.00 |
| | Computer X 4 | $ | 1,600.00 |
| | Printer | $ | 150.00 |
| | Chair X 8 | $ | 400.00 |
| | Bookshelf | $ | 300.00 |
| | Table | $ | 100.00 |
| | Fireplace Heater | $ | 300.00 |
| | Mirror | $ | 50.00 |
| | Clock | $ | 30.00 |

B6B (Official Form 6B) (12/07) – Cont.

In re  Primera Energy, LLC                                    Case No.    15-51396
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY
### Continuation Sheet No. 5

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Claim against Tejas Tubular Products, Inc. for damages from 2 separate occurrences involving failure of a coupling and case pipe manufactured by defendant on Screaming Eagle A #3H | Unknown |
| | | Claim against Brennan and Short and N Zone for damages incurred in drilling on the Screaming 6H | Unknown |

_____5_____ continuation sheets attached          Total >    $11,455,038.93
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)