

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 19, 2016.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PRIMERA ENERGY, LLC | § | CASE NO. 15-51396 |
| 21022 Gathering Oak #2101 | § | |
| San Antonio, Texas 78260 | § | |
| BEXAR-TX | § | |
| Tax ID / EIN: 20-2950313 | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER GRANTING MOTION FOR
EXPEDITED HEARING PURSUANT TO LBR 9007(C)**

ON THIS DATE the Court considered the request for expedited hearing filed by Jason R.

___

X:\Files\Cases\Primera Energy, LLC (#15-51396)\Pleadings\Mtn Expedited Hrg on 03-02-16\Mtn. Exp. Hrg. - Proposed Revised Order.wpd

Page 1 of 2

Searcy, Chapter 11 Trustee in the above styled and numbered cause (the "Trustee"), in conjunction with the motion filed as follows:

    (A) Motion to Sell Property, Free and Clear of Liens, to Felderhoff Bros., Drilling Co., Inc. [Dkt. #256]

(the "Expedited Motion"). The Court finds that the request complies with LBR 9007(c) and demonstrates that sufficient cause exists for shortening the normal response time and scheduling an expedited hearing on the Expedited Motions. Accordingly,

**IT IS THEREFORE ORDERED THAT** the response to the Expedited Motion shall be filed no later than February 26, 2016.

**IT IS FURTHER ORDERED** that the request for expedited hearing is **GRANTED** and that a hearing on the Expedited Motion shall be held on **Wednesday, March 2, 2016 at 10:00 a.m.**, **before the Honorable Judge Craig A. Gargotta, S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205**.

**IT IS FURTHER ORDERED** that the Trustee is responsible for notice and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

### END OF ORDER ###

X:\Files\Cases\Primera Energy, LLC (#15-51396)\Pleadings\Mtn Expedited Hrg on 03-02-16\Mtn. Exp. Hrg. - Proposed Revised Order.wpd

Page 2 of 2