UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PRIMERA ENERGY, LLC | § | CASE NO. 15-51396 |
| 21022 Gathering Oak #2101 | § | |
| San Antonio, Texas 78260 | § | |
| BEXAR-TX | § | |
| Tax ID / EIN: 20-2950313 | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

## NOTICE OF HEARING

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing on the *Trustee's Motion to Sell Property, Free and Clear of Liens, to Energy Management Resources, LLC* [Dkt. #277] has been set for **Monday, April 4, 2016** at **10:00 a.m.,** before the Honorable Judge Craig A. Gargotta, S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205.

Respectfully submitted,
*SEARCY & SEARCY, P.C.*

 /S/ Jason R. Searcy
**JASON R. SEARCY**, SBN 17953500
JOSHUA P. SEARCY, SBN 24053468
CALLAN C. SEARCY, SBN 24075523
P.O. Box 3929
Longview, Texas 75606
Tel. (903) 757-3399
Fax. (903) 757-9559
Counsel for Ch. 11 Trustee

## **CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the above and foregoing document has been forwarded via electronic mail, if available, and/or via regular mail, postage prepaid to each interested party shown below; and was served via regular first class mail to each party shown on the attached Master Service List on or before March 24, 2016 by the service agent, Certificateofservice.com.

              /s/ Jason R. Searcy
              Jason R. Searcy


Energy Management Resources, LLC
P. O. Box 68
Morrison, CO 80465

PLS, Inc.
One Riverway, Ste. 2500
Houston, Texas 77056