**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 16, 2016.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PRIMERA ENERGY, LLC<br>21022 Gathering Oak #2101<br>San Antonio, Texas 78260 | § § § § § | CASE NO. 15-51396 |
| DEBTOR. | § | CHAPTER 11 |

## FINAL DECREE

On this date came on to be considered the *Notice of Consummation and Application for Final Decree* filed by Jason R. Searcy, Trustee of the Primera Creditors' Trust in the above styled and numbered cause. The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate

twenty-four (24) day negative notice language, pursuant to Local Rules of Bankruptcy Procedure , which directed any party opposed to the granting of the relief sought by the Application to file a written response within twenty-four days or the Application would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Application has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Application stand unopposed. It appears to the Court that the estate of the Debtor has been fully administered and that consummation has occurred. The Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the *Notice of Consummation and Application for Final Decree* is hereby **GRANTED**; and

**BE IT FURTHER ORDERED** that the Chapter 11 case of the above named Debtor is closed.

### END OF ORDER ###